# Exhibit 1

|  | ENDORSED<br>FILED<br>ALAMEDA COUNTY |
|---|---|

1  KUANG-BAO P. OU-YOUNG
2  1362 Wright Avenue
3  Sunnyvale, California 94087
4  (408) 234-2371
5  kbouyoung@yahoo.com
6
7  Plaintiff Pro Se

OCT 2 5 2023

CLERK OF THE SUPERIOR COURT
By _____
                              Deputy

## SUPERIOR COURT OF CALIFORNIA
## IN AND FOR THE COUNTY OF ALAMEDA

10  KUANG-BAO P. OU-YOUNG,                )    Case No. 23CV44509
11                                        )
12         Plaintiff,                     )    **FIRST AMENDED COMPLAINT**
13                                        )
14    vs.                                 )    DEMAND FOR JURY TRIAL
15                                        )
16  ALAMEDA COUNTY SHERIFF'S              )
17  OFFICE,                               )
18  GREGORY J. AHERN,                     )
19  ALAMEDA COUNTY SANTA RITA             )
20  JAIL,                                 )
21  COUNTY OF SANTA CLARA,                )
22  JEFFREY F. ROSEN,                     )
23  JOHN CHASE,                           )
24  LAWRENCE E. STONE,                    )
25  JEANETTE TONINI,                      )
26  OFFICE OF THE COUNTY COUNSEL          )
27  OF SANTA CLARA COUNTY,                )
28  JAMES R. WILLIAMS,                    )
29  KARL A. SANDOVAL,                     )
30  KARAN S. DHADIALLA,                   )
31  JOSE L. MARTINEZ,                     )
32  WINIFRED BOTHA,                       )
33  SHANNON BUSHEY,                       )
34  LAURA BAILEY,                         )
35  SANTA CLARA COUNTY                    )
36  DEPARTMENT OF TAX AND                 )
37  COLLECTIONS,                          )
38  MARGARITA RODRIGUEZ,                  )
39  MARGARET OLAIYA,                      )
40  CITY OF SUNNYVALE,                    )
41  SUNNYVALE DEPARTMENT OF               )
42  PUBLIC SAFETY,                        )
43  PHAN S. NGO,                          )
44  CRAIG HARTLEY,                        )
45  STEVEN NAPIER,                        )
46  CARRIE GARDUNO,                       )
47  JENNY SHAIN,                          )

| | | |
|---|---|---|
| 1 | STEVE SLOAN, | ) |
| 2 | BETH A. R. MCGOWEN, | ) |
| 3 | CHRISTOPHER G. RUDY, | ) |
| 4 | JOSEPH H. HUBER, | ) |
| 5 | THEODORE C. ZAYNER, | ) |
| 6 | ERIC S. GEFFON, | ) |
| 7 | LAURIE MIKKELSEN, | ) |
| 8 | ALEX RODRIGUEZ, | ) |
| 9 | CHRIS ROMAN, | ) |
| 10 | MIRIAM SUAREZ, | ) |
| 11 | STATE OF CALIFORNIA, | ) |
| 12 | STATE BAR OF CALIFORNIA, | ) |
| 13 | GAVIN C. NEWSOM, | ) |
| 14 | EDMUND G. BROWN, JR., | ) |
| 15 | SHIRLEY N. WEBER, | ) |
| 16 | ROBERT A. BONTA, | ) |
| 17 | JEFFREY R. VINCENT, | ) |
| 18 | LORA D. CURTIS, | ) |
| 19 | ROLANDO PASQUALI, | ) |
| 20 | MICHAEL C. GASBARRO, | ) |
| 21 | KIMBERLY MCCRICKARD, | ) |
| 22 | CALIFORNIA DEPARTMENT OF | ) |
| 23 | MOTOR VEHICLES, | ) |
| 24 | STEVE GORDON, | ) |
| 25 | CALIFORNIA FRANCHISE TAX | ) |
| 26 | BOARD, | ) |
| 27 | BETTY T. YEE, | ) |
| 28 | ANTONIO VAZQUEZ, | ) |
| 29 | KEELY BOSLER, | ) |
| 30 | RICHARD G. SEEBORG, | ) |
| 31 | PHYLLIS J. HAMILTON, | ) |
| 32 | EDWARD M. CHEN, | ) |
| 33 | BETH LABSON FREEMAN, | ) |
| 34 | WILLIAM H. ORRICK, | ) |
| 35 | CLAUDIA WILKEN, | ) |
| 36 | YVONNE GONZALEZ ROGERS, | ) |
| 37 | SUSAN Y. ILLSTON, | ) |
| 38 | JEFFREY S. WHITE, | ) |
| 39 | VINCE G. CHHABRIA, | ) |
| 40 | WILLIAM H. ALSUP, | ) |
| 41 | JON S. TIGAR, | ) |
| 42 | CHARLES R. BREYER, | ) |
| 43 | MAXINE M. CHESNEY, | ) |
| 44 | TRINA L. THOMPSON, | ) |
| 45 | VIRGINIA K. DEMARCHI, | ) |
| 46 | ALEX G. TSE, | ) |
| 47 | NATHANAEL M. COUSINS, | ) |
| 48 | LAUREL BEELER, | ) |

| | |
|---|---|
| 1 | SUSAN VAN KEULEN, |
| 2 | JOSEPH C. SPERO, |
| 3 | MARK B. BUSBY, |
| 4 | KATHLEEN M. SHAMBAUGH, |
| 5 | SNOOKI PULI, |
| 6 | KEVIN BLUMBERG, |
| 7 | TIFFANY SALINAS-HARWELL, |
| 8 | BETTY WALTON, |
| 9 | DIANE MIYASHIRO, |
| 10 | CHERÉ ROBINSON, |
| 11 | CITA ESCOLANO, |
| 12 | SUSIE BARRERA, |
| 13 | CINDY HERNANDEZ, |
| 14 | TRACY A. GEIGER, |
| 15 | ADRIANA KRATZMANN, |
| 16 | KAREN L. HOM, |
| 17 | ALLEN LEW, |
| 18 | JOSH M. LIBBY, |
| 19 | SARAH EVANS BARKER, |
| 20 | D. BROCK HORNBY, |
| 21 | RALPH R. BEISTLINE, |
| 22 | GEORGE H. KING, |
| 23 | ANTHONY W. ISHII, |
| 24 | STEPHEN M. MCNAMEE, |
| 25 | PHILIP S. GUTIERREZ, |
| 26 | BRIAN M. MORRIS, |
| 27 | MIRANDA M. DU, |
| 28 | STEFAN R. UNDERHILL, |
| 29 | FREDA L. WOLFSON, |
| 30 | JOHN P. BAILEY, |
| 31 | S. MAURICE HICKS, JR., |
| 32 | SARA E. LIOI, |
| 33 | JON E. DEGUILIO, |
| 34 | JOHN R. TUNHEIM, |
| 35 | LESLIE E. KOBAYASHI, |
| 36 | CLAIRE V. EAGAN, |
| 37 | L. SCOTT COOGLER, |
| 38 | TERRENCE W. BOYLE, |
| 39 | JAMES E. BOASBERG, |
| 40 | TIMOTHY J. KELLY, |
| 41 | BERYL A. HOWELL, |
| 42 | ANGELA D. CAESAR, |
| 43 | BRUCE E. REINHART, |
| 44 | MARY H. MURGUIA, |
| 45 | SIDNEY R. THOMAS, |
| 46 | MARY M. SCHROEDER, |
| 47 | BARRY G. SILVERMAN, |
| 48 | RICHARD A. PAEZ, |

| | | |
|---|---|---|
| 1 | DANIELLE J. FORREST, | ) |
| 2 | PAUL J. WATFORD, | ) |
| 3 | MARK J. BENNETT, | ) |
| 4 | LAWRENCE VANDYKE, | ) |
| 5 | N. RANDY SMITH, | ) |
| 6 | MORGAN CHRISTEN, | ) |
| 7 | SANDRA S. IKUTA, | ) |
| 8 | MICHELLE T. FRIEDLAND, | ) |
| 9 | ALEX KOZINSKI, | ) |
| 10 | J. CLIFFORD WALLACE, | ) |
| 11 | RICHARD C. TALLMAN, | ) |
| 12 | RICHARD R. CLIFTON, | ) |
| 13 | DOROTHY W. NELSON, | ) |
| 14 | WILLIAM C. CANBY, JR., | ) |
| 15 | DIARMUID F. O'SCANNLAIN, | ) |
| 16 | STEPHEN TROTT, | ) |
| 17 | FERDINAND F. FERNANDEZ, | ) |
| 18 | ANDREW J. KLEINFELD, | ) |
| 19 | MICHAEL DALY HAWKINS, | ) |
| 20 | A. WALLACE TASHIMA, | ) |
| 21 | SUSAN P. GRABER, | ) |
| 22 | M. MARGARET MCKEOWN, | ) |
| 23 | KIM MCLANE WARDLAW, | ) |
| 24 | WILLIAM A. FLETCHER, | ) |
| 25 | RONALD M. GOULD, | ) |
| 26 | MARSHA S. BERZON, | ) |
| 27 | JOHNNIE B. RAWLINSON, | ) |
| 28 | JAY S. BYBEE, | ) |
| 29 | CONSUELO M. CALLAHAN, | ) |
| 30 | CARLOS T. BEA, | ) |
| 31 | MILAN D. SMITH, JR., | ) |
| 32 | JACQUELINE H. NGUYEN, | ) |
| 33 | ANDREW D. HURWITZ, | ) |
| 34 | JOHN B. OWENS, | ) |
| 35 | RYAN D. NELSON, | ) |
| 36 | ERIC D. MILLER, | ) |
| 37 | BRIDGET S. BADE, | ) |
| 38 | DANIEL P. COLLINS, | ) |
| 39 | KENNETH KIYUL LEE, | ) |
| 40 | DANIEL A. BRESS, | ) |
| 41 | PATRICK J. BUMATAY, | ) |
| 42 | LUCY H. KOH, | ) |
| 43 | JEFFREY R. HOWARD, | ) |
| 44 | DEBRA A. LIVINGSTON, | ) |
| 45 | MICHAEL A. CHAGARES, | ) |
| 46 | ROGER L. GREGORY, | ) |
| 47 | PRISCILLA RICHMAN, | ) |
| 48 | JEFFREY S. SUTTON, | ) |

| | |
|---|---|
| 1 | DIANE S. SYKES, ) |
| 2 | LAVENSKI R. SMITH, ) |
| 3 | TIMOTHY M. TYMKOVICH, ) |
| 4 | WILLIAM H. PRYOR, JR., ) |
| 5 | SRIKANTH SRINIVASAN, ) |
| 6 | KIMBERLY A. MOORE, ) |
| 7 | PASCO M. BOWMAN, ) |
| 8 | J. HARVIE WILKINSON III, ) |
| 9 | LISA B. FITZGERALD, ) |
| 10 | SUSAN Y. SOONG, ) |
| 11 | ELIZABETH A. SMITH, ) |
| 12 | MOLLY C. DWYER, ) |
| 13 | JESSICA POBLETE DELA CRUZ, ) |
| 14 | JOHN G. ROBERTS, JR., ) |
| 15 | ANTHONY M. KENNEDY, ) |
| 16 | CLARENCE THOMAS, ) |
| 17 | STEPHEN G. BREYER, ) |
| 18 | SAMUEL A. ALITO, JR., ) |
| 19 | SONIA SOTOMAYOR, ) |
| 20 | ELENA KAGAN, ) |
| 21 | JOSEPH R. BIDEN, JR., ) |
| 22 | KAMALA D. HARRIS, ) |
| 23 | MERRICK B. GARLAND, ) |
| 24 | XAVIER BECERRA, ) |
| 25 | BARACK H. OBAMA, ) |
| 26 | ERIC H. HOLDER, JR., ) |
| 27 | JEFFERSON B. SESSIONS III, ) |
| 28 | WILLIAM P. BARR, ) |
| 29 | DONALD B. VERRILLI, JR., ) |
| 30 | CHRISTOPHER A. WRAY, ) |
| 31 | JOHN L. SMITH, ) |
| 32 | JUAN ANTONIO GONZALEZ, JR., ) |
| 33 | ISMAIL J. RAMSEY, ) |
| 34 | STEPHANIE M. HINDS, ) |
| 35 | MELINDA HAAG, ) |
| 36 | BRIAN J. STRETCH, ) |
| 37 | DAVID L. ANDERSON, ) |
| 38 | MICHELLE LO, ) |
| 39 | PAMELA T. JOHANN, ) |
| 40 | JEVECHIUS D. BERNARDONI, ) |
| 41 | SARA WINSLOW, ) |
| 42 | JAMES A. SCHARF, ) |
| 43 | CLAIRE T. CORMIER, ) |
| 44 | JEFFREY D. NEDROW, ) |
| 45 | MAIA T. PEREZ, ) |
| 46 | CHRISTOPHER D. VIEIRA, ) |
| 47 | ELISE BECKER, ) |
| 48 | DANIEL R. KALEBA, ) |

| | | |
|---|---|---|
| 1 | SHIAO C. LEE, | ) |
| 2 | JEFFREY B. SHENK, | ) |
| 3 | JAMES C. HOLLAND, | ) |
| 4 | MARK PITTELLA, | ) |
| 5 | DONALD M. O'KEEFE, | ) |
| 6 | MARC A. HARWELL, | ) |
| 7 | CHRIS YAMAGUCHI, | ) |
| 8 | MARY GUTTORUSON, | ) |
| 9 | CAROLYN COLVIN, | ) |
| 10 | SEEMA VERMA, | ) |
| 11 | JOHN E. POTTER, | ) |
| 12 | PATRICK R. DONAHOE, | ) |
| 13 | MEGAN BRENNAN, | ) |
| 14 | ALEX PADILLA, | ) |
| 15 | LAPHONZA BUTLER, | ) |
| 16 | NANCY P. PELOSI, | ) |
| 17 | JARED W. HUFFMAN, | ) |
| 18 | JOHN R. GARAMENDI, | ) |
| 19 | C. MICHAEL THOMPSON, | ) |
| 20 | DORIS O. MATSUI, | ) |
| 21 | AMERISH B. BERA, | ) |
| 22 | JOSHUA K. HARDER, | ) |
| 23 | MARK DESAULNIER, | ) |
| 24 | BARBARA J. LEE, | ) |
| 25 | ERIC M. SWALWELL, | ) |
| 26 | JAMES M. COSTA, | ) |
| 27 | ROHIT KHANNA, | ) |
| 28 | ANNA G. ESHOO, | ) |
| 29 | ZOE LOFGREN, | ) |
| 30 | JAMES V. PANETTA, | ) |
| 31 | SALUD O. CARBAJAL, | ) |
| 32 | JULIA A. BROWNLEY, | ) |
| 33 | JUDY M. CHU, | ) |
| 34 | ADAM B. SCHIFF, | ) |
| 35 | ANTONIO CARDENAS, | ) |
| 36 | BRADLEY J. SHERMAN, | ) |
| 37 | PETER R. AGUILAR, | ) |
| 38 | GRACIELA F. NAPOLITANO, | ) |
| 39 | TED W. LIEU, | ) |
| 40 | JIMMY GOMEZ, | ) |
| 41 | NORMA J. TORRES, | ) |
| 42 | RAUL RUIZ, | ) |
| 43 | LINDA T. SANCHEZ, | ) |
| 44 | MARK A. TAKANO, | ) |
| 45 | MAXINE M. WATERS, | ) |
| 46 | NANETTE D. BARRAGAN, | ) |
| 47 | KATHERINE M. PORTER, | ) |
| 48 | J. LUIS CORREA, | ) |

| | |
|---|---|
| 1 | MICHAEL T. LEVIN, |
| 2 | JUAN C. VARGAS, |
| 3 | SCOTT H. PETERS, |
| 4 | SARA J. JACOBS, |
| 5 | JERROLD L. NADLER, |
| 6 | JAMIN B. RASKIN, |
| 7 | JOAQUIN CASTRO, |
| 8 | DAVID N. CICILLINE, |
| 9 | MADELEINE DEAN, |
| 10 | DIANA L. DEGETTE, |
| 11 | JOSEPH D. NEGUSE, |
| 12 | MEMBERS OF THE 107TH CONGRESS, |
| 13 | META PLATFORMS, INC., |
| 14 | GOOGLE, INC., |
| 15 | THE CHARLES SCHWAB |
| 16 | CORPORATION, |
| 17 | ANA SCHMIDT, |
| 18 | NICK HOODECHECK, |
| 19 | PACIFIC GAS AND ELECTRIC |
| 20 | CORPORATION, |
| 21 | COMCAST CORPORATION, |
| 22 | EBAY INC., |
| 23 | ADOBE INC., |
| 24 | AMAZON.COM, INC., |
| 25 | MICROSOFT CORPORATION, |
| 26 | AT&T INC., |
| 27 | KAISER PERMANENTE SANTA CLARA |
| 28 | MEDICAL CENTER, |
| 29 | METROMILE INSURANCE COMPANY, |
| 30 | STATE FARM MUTUAL AUTOMOBILE |
| 31 | INSURANCE COMPANY, |
| 32 | CHERYL CHING, |
| 33 | DAVID S. POON, |
| 34 | ALAN T. POON, |
| 35 | COLIN K. AU, |
| 36 | JESSIE YU, |
| 37 | JAMES MCNAIR THOMPSON, |
| 38 | KATHERINE A. TREFZ, |
| 39 | JEFFREY B. COOPERSMITH, |
| 40 | KRISTA CANTU, |
| 41 | and DANIEL T. PARIS, |
| 42 | |
| 43 | Defendants. |
| 44 | |
| 45 | |

1 **PARTIES**

2     a1.    Plaintiff Kuang-Bao P. Ou-Young is a resident of Santa Clara County.

3     a2.    Defendant Alameda County Sheriff's Office ("ACSO") is a law enforcement

4 agency for the County of Alameda.

5     a3.    Defendant Gregory J. Ahern is a former sheriff of Alameda County.

6     a4.    Defendant Alameda County Santa Rita Jail ("SRJ") is a detention facility run by

7 ACSO.

8     a5.    Defendant County of Santa Clara is a charter county organized and existing under

9 the laws of the State of California.

10     a6.    Defendant Jeffrey F. Rosen is district attorney of Santa Clara County ("DA").

11     a7.    Defendant John Chase is a deputy district attorney ("DDA") at DA's office.

12     a8.    Defendant Lawrence E. Stone is assessor of Santa Clara County.

13     a9.    Defendant Jeanette Tonini is a senior assessment clerk for Santa Clara County.

14     a10.   Defendant Office of the County Counsel of Santa Clara County ("CCO") is the

15 legal advisor to the County of Santa Clara.

16     a11.   Defendant James R. Williams is county manager and a former county counsel of

17 Santa Clara County ("FCC").

18     a12.   Defendant Karl A. Sandoval is a deputy county counsel ("DCC") at CCO.

19     a13.   Defendant Karan S. Dhadialla is a DCC at CCO.

20     a14.   Defendant Jose L. Martinez is a DCC at CCO.

21     a15.   Defendant Winifred Botha is a DCC at CCO.

22     a16.   Defendant Shannon Bushey is registrar of voters of Santa Clara County.

23     a17.   Defendant Laura Bailey is chief medical examiner-coroner investigator of Santa

24 Clara County.

1    a18.    Defendant Santa Clara County Department of Tax and Collections ("DTAC")

2    collects property taxes for the County of Santa Clara.

3    a19.    Defendant Margarita Rodriguez is interim director of DTAC.

4    a20.    Defendant Margaret Olaiya is a former director of DTAC.

5    a21.    Defendant City of Sunnyvale ("city") is a municipality located in Santa Clara

6    County where plaintiff resides.

7    a22.    Defendant Sunnyvale Department of Public Safety ("SVDPS") provides police,

8    fire, and emergency medical services for the city of Sunnyvale.

9    a23.    Defendant Phan S. Ngo is chief of SVDPS.

10    a24.    Defendant Craig Hartley is a code enforcement officer for the city of Palo Alto

11    and a former neighborhood preservation specialist at SVDPS.

12    a25.    Defendant Steven Napier is utility billing manager for the city of Sunnyvale.

13    a26.    Defendant Carrie Garduno is a senior accounting technician for the city of

14    Sunnyvale.

15    a27.    Defendant Jenny Shain is special projects manager for the city of Sunnyvale.

16    a28.    Defendant Steve Sloan is superintendent of libraries for the city of Sunnyvale.

17    a29.    Defendant Beth A. R. McGowen is current presiding judge of Santa Clara County

18    Superior Court ("sister court").

19    a30.    Defendant Christopher G. Rudy is a judge at the sister court.

20    a31.    Defendant Joseph H. Huber is a former judge at the sister court.

21    a32.    Defendant Theodore C. Zayner is a judge at the sister court.

22    a33.    Defendant Eric S. Geffon is a judge at the sister court.

23    a34.    Defendant Laurie Mikkelsen is a staff attorney and ADR officer at the sister court.

24    a35.    Defendant Alex Rodriguez is a supervisor at the clerk's office of the sister court.

1    a36.    Defendant Chris Roman is a deputy clerk at the sister court.

2    a37.    Defendant Miriam Suarez is a deputy clerk at the sister court.

3    a38.    Defendant State of California became the 31st state of U.S. on September 9, 1850,

4    thereby subjecting itself to the Constitution and laws of the Union.

5    a39.    Defendant State Bar of California ("State Bar") is a public California corporation

6    with its main office at 180 Howard Street, San Francisco, California.

7    a40.    Defendant Gavin C. Newsom is governor of California.

8    a41.    Defendant Edmund G. Brown, Jr., is a former governor of California.

9    a42.    Defendant Shirley N. Weber is Secretary of State of California ("CSS").

10    a43.    Defendant Robert A. Bonta is Attorney General of California ("CAG").

11    a44.    Defendant Jeffrey R. Vincent is a supervising deputy attorney general ("DCAG")

12    at CAG's office ("CAGO").

13    a45.    Defendant Lora D. Curtis is a supervising DCAG at CAGO.

14    a46.    Defendant Rolando Pasquali is a DCAG at CAGO.

15    a47.    Defendant Michael C. Gasbarro is a DCAG at CAGO.

16    a48.    Defendant Kimberly McCrickard is an analyst at CAGO.

17    a49.    Defendant California Department of Motor Vehicles ("CDMV") is the state

18    agency that registers motor vehicles and boats as well as issues driver licenses.

19    a50.    Defendant Steve Gordon is director of CDMV.

20    a51.    Defendant California Franchise Tax Board ("CFTB") administers and collects

21    state income tax as well as corporate franchise and income taxes for the state of California.

22    a52.    Defendant Betty T. Yee is a former member of CFTB and a former California

23    state controller.

24    a53.    Defendant Antonio Vazquez is a member of CFTB and chair of California State

1   Board of Equalization.

2       a54.   Defendant Keely Bosler is a former member of CFTB and a former director of

3   California Department of Finance.

4       a55.   Defendant Richard G. Seeborg is chief judge of the U.S. District Court for the

5   Northern District of California ("district court").

6       a56.   Defendant Phyllis J. Hamilton is a senior district judge at the district court.

7       a57.   Defendant Edward M. Chen is a senior district judge at the district court.

8       a58.   Defendant Beth Labson Freeman is a district judge at the district court.

9       a59.   Defendant William H. Orrick is a senior district judge at the district court.

10      a60.   Defendant Claudia A. Wilken is a senior district judge at the district court.

11      a61.   Defendant Yvonne Gonzalez Rogers is a district judge at the district court.

12      a62.   Defendant Susan Y. Illston is a senior district judge at the district court.

13      a63.   Defendant Jeffrey S. White is a senior district judge at the district court.

14      a64.   Defendant Vince G. Chhabria is a district judge at the district court.

15      a65.   Defendant William H. Alsup is a senior district judge at the district court.

16      a66.   Defendant Jon S. Tigar is a district judge at the district court.

17      a67.   Defendant Charles R. Breyer is a senior district judge at the district court.

18      a68.   Defendant Maxine M. Chesney is a senior district judge at the district court.

19      a69.   Defendant Trina L. Thompson is a district judge at the district court.

20      a70.   Defendant Virginia K. DeMarchi is a magistrate judge at the district court.

21      a71.   Defendant Alex G. Tse is a magistrate judge at the district court and a former U.S.

22   attorney for northern California ("FUSA").

23      a72.   Defendant Nathanael M. Cousins is a magistrate judge at the district court.

24      a73.   Defendant Laurel Beeler is a magistrate judge at the district court.

1      a74.    Defendant Susan van Keulen is a magistrate judge at the district court.

2      a75.    Defendant Joseph C. Spero is a magistrate judge at the district court.

3      a76.    Defendant Mark B. Busby is clerk of the district court.

4      a77.    Defendant Kathleen M. Shambaugh is a deputy clerk and a former acting clerk at

5 the district court.

6      a78.    Defendant Snooki Puli is a manager at the clerk's office of the district court.

7      a79.    Defendant Kevin Blumberg is a supervisor at the clerk's office of the district

8 court.

9      a80.    Defendant Tiffany Salinas-Harwell is a deputy clerk at the district court.

10      a81.    Defendant Betty Walton is a deputy clerk at the district court.

11      a82.    Defendant Diane Miyashiro is a deputy clerk at the district court.

12      a83.    Defendant Cheré Robinson is a deputy clerk at the district court.

13      a84.    Defendant Cita Escolano is a deputy clerk at the district court.

14      a85.    Defendant Susie Barrera is a deputy clerk at the district court.

15      a86.    Defendant Cindy Hernandez is a deputy clerk at the district court.

16      a87.    Defendant Tracy A. Geiger is a deputy clerk at the district court.

17      a88.    Defendant Adriana Kratzmann is a deputy clerk at the district court.

18      a89.    Defendant Karen L. Hom is a deputy clerk at the district court.

19      a90.    Defendant Allen Lew is a pretrial services officer at the district court.

20      a91.    Defendant Josh M. Libby is a pretrial services officer at the district court.

21      a92.    Defendant Sarah Evans Barker is a senior district judge at the U.S. district court

22 for southern Indiana.

23      a93.    Defendant D. Brock Hornby is a senior district judge at the U.S. district court for

24 Maine.

1        a94.    Defendant Ralph R. Beistline is a senior district judge at the U.S. district court for

2   Alaska.

3        a95.    Defendant George H. King is a former district judge at the U.S. district court for

4   central California.

5        a96.    Defendant Anthony W. Ishii is a senior district judge at the U.S. district court for

6   eastern California.

7        a97.    Defendant Stephen M. McNamee is a senior district judge at the U.S. district

8   court for Arizona.

9        a98.    Defendant Philip S. Gutierrez is chief judge of the U.S. district court for central

10   California.

11        a99.    Defendant Brian M. Morris is chief judge of the U.S. district court for Montana.

12        a100.   Defendant Miranda M. Du is chief judge of the U.S. district court for Nevada.

13        a101.   Defendant Stefan R. Underhill is a senior district judge at the U.S. district court

14   for Connecticut.

15        a102.   Defendant Freda L. Wolfson is a former district judge at the U.S. district court for

16   New Jersey.

17        a103.   Defendant John P. Bailey is a district judge at the U.S. district court for northern

18   West Virginia.

19        a104.   Defendant S. Maurice Hicks, Jr., is a district judge at the U.S. district court for

20   western Louisiana.

21        a105.   Defendant Sara E. Lioi is a district judge at the U.S. district court for northern

22   Ohio.

23        a106.   Defendant Jon E. DeGuilio is chief judge of the U.S. district court for northern

24   Indiana.

1       a107.   Defendant John R. Tunheim is a district judge at the U.S. district court for

2    Minnesota.

3       a108.   Defendant Leslie E. Kobayashi is a district judge at the U.S. district court for

4    Hawaii.

5       a109.   Defendant Claire V. Eagan is a senior district judge at the U.S. district court for

6    northern Oklahoma.

7       a110.   Defendant L. Scott Coogler is chief judge of the U.S. district court for northern

8    Alabama.

9       a111.   Defendant Terrence W. Boyle is a district judge at the U.S. district court for

10   eastern North Carolina.

11      a112.   Defendant James E. Boasberg is chief judge of the U.S. District Court for the

12   District of Columbia ("DC").

13      a113.   Defendant Timothy J. Kelly is a district judge at the U.S. district court for DC.

14      a114.   Defendant Beryl A. Howell is a district judge at the U.S. district court for DC.

15      a115.   Defendant Angela D. Caesar is clerk of the U.S. district court for DC.

16      a116.   Defendant Bruce E. Reinhart is a magistrate judge at the U.S. district court for

17   southern Florida.

18      a117.   Defendant Mary H. Murguia is chief judge of the U.S. Court of Appeals for the

19   Ninth Circuit.

20      a118.   Defendant Sidney R. Thomas is a senior circuit judge at the Ninth Circuit.

21      a119.   Defendant Mary M. Schroeder is a senior circuit judge at the Ninth Circuit.

22      a120.   Defendant Barry G. Silverman is a senior circuit judge at the Ninth Circuit.

23      a121.   Defendant Richard A. Paez is a senior circuit judge at the Ninth Circuit.

24      a122.   Defendant Danielle J. Forrest is a circuit judge at the Ninth Circuit.

1      a123.   Defendant Paul J. Watford is a former circuit judge at the Ninth Circuit.

2      a124.   Defendant Mark J. Bennett is a circuit judge at the Ninth Circuit.

3      a125.   Defendant Lawrence VanDyke is a circuit judge at the Ninth Circuit.

4      a126.   Defendant N. Randy Smith is a senior circuit judge at the Ninth Circuit.

5      a127.   Defendant Morgan Christen is a circuit judge at the Ninth Circuit.

6      a128.   Defendant Sandra S. Ikuta is a circuit judge at the Ninth Circuit.

7      a129.   Defendant Michelle T. Friedland is a circuit judge at the Ninth Circuit.

8      a130.   Defendant Alex Kozinski is a former circuit judge at the Ninth Circuit.

9      a131.   Defendant J. Clifford Wallace is a senior circuit judge at the Ninth Circuit.

10     a132.   Defendant Richard C. Tallman is a senior circuit judge at the Ninth Circuit.

11     a133.   Defendant Richard R. Clifton is a senior circuit judge at the Ninth Circuit.

12     a134.   Defendant Dorothy W. Nelson is a senior circuit judge at the Ninth Circuit.

13     a135.   Defendant William C. Canby, Jr., is a senior circuit judge at the Ninth Circuit.

14     a136.   Defendant Diarmuid F. O'Scannlain is a senior circuit judge at the Ninth Circuit.

15     a137.   Defendant Stephen Trott is a senior circuit judge at the Ninth Circuit.

16     a138.   Defendant Ferdinand F. Fernandez is a senior circuit judge at the Ninth Circuit.

17     a139.   Defendant Andrew J. Kleinfeld is a senior circuit judge at the Ninth Circuit.

18     a140.   Defendant Michael Daly Hawkins is a senior circuit judge at the Ninth Circuit.

19     a141.   Defendant A. Wallace Tashima is a senior circuit judge at the Ninth Circuit.

20     a142.   Defendant Susan P. Graber is a senior circuit judge at the Ninth Circuit.

21     a143.   Defendant M. Margaret McKeown is a senior circuit judge at the Ninth Circuit.

22     a144.   Defendant Kim McLane Wardlaw is a circuit judge at the Ninth Circuit.

23     a145.   Defendant William A. Fletcher is a senior circuit judge at the Ninth Circuit.

24     a146.   Defendant Ronald M. Gould is a circuit judge at the Ninth Circuit.

1    a147.  Defendant Marsha S. Berzon is a senior circuit judge at the Ninth Circuit.

2    a148.  Defendant Johnnie B. Rawlinson is a circuit judge at the Ninth Circuit.

3    a149.  Defendant Jay S. Bybee is a senior circuit judge at the Ninth Circuit.

4    a150.  Defendant Consuelo M. Callahan is a circuit judge at the Ninth Circuit.

5    a151.  Defendant Carlos T. Bea is a senior circuit judge at the Ninth Circuit.

6    a152.  Defendant Milan D. Smith, Jr., is a circuit judge at the Ninth Circuit.

7    a153.  Defendant Jacqueline H. Nguyen is a circuit judge at the Ninth Circuit.

8    a154.  Defendant Andrew D. Hurwitz is a senior circuit judge at the Ninth Circuit.

9    a155.  Defendant John B. Owens is a circuit judge at the Ninth Circuit.

10   a156.  Defendant Ryan D. Nelson is a circuit judge at the Ninth Circuit.

11   a157.  Defendant Eric D. Miller is a circuit judge at the Ninth Circuit.

12   a158.  Defendant Bridget S. Bade is a circuit judge at the Ninth Circuit.

13   a159.  Defendant Daniel P. Collins is a circuit judge at the Ninth Circuit.

14   a160.  Defendant Kenneth Kiyul Lee is a circuit judge at the Ninth Circuit.

15   a161.  Defendant Daniel A. Bress is a circuit judge at the Ninth Circuit.

16   a162.  Defendant Patrick J. Bumatay is a circuit judge at the Ninth Circuit.

17   a163.  Defendant Lucy H. Koh is a circuit judge at the Ninth Circuit and a former district

18   judge at the district court.

19   a164.  Defendant Jeffrey R. Howard is a senior circuit judge at the First Circuit.

20   a165.  Defendant Debra A. Livingston is chief judge of the Second Circuit.

21   a166.  Defendant Michael A. Chagares is chief judge of the Third Circuit.

22   a167.  Defendant Roger L. Gregory is chief judge of the Fourth Circuit.

23   a168.  Defendant Priscilla Richman is chief judge of the Fifth Circuit.

24   a169.  Defendant Jeffrey S. Sutton is chief judge of the Sixth Circuit.

1       a170.   Defendant Diane S. Sykes is chief judge of the Seventh Circuit.

2       a171.   Defendant Lavenski R. Smith is chief judge of the Eighth Circuit.

3       a172.   Defendant Timothy M. Tymkovich is a circuit judge at the Tenth Circuit.

4       a173.   Defendant William H. Pryor, Jr., is chief judge of the Eleventh Circuit.

5       a174.   Defendant Srikanth Srinivasan is chief judge of the DC Circuit.

6       a175.   Defendant Kimberly A. Moore is chief judge of the Federal Circuit.

7       a176.   Defendant Pasco M. Bowman is a senior circuit judge at the Eighth Circuit.

8       a177.   Defendant J. Harvie Wilkinson III is a circuit judge at the Fourth Circuit.

9       a178.   Defendant Lisa B. Fitzgerald is interim commissioner at the Ninth Circuit.

10      a179.   Defendant Susan Y. Soong is circuit executive ("CE") of the Ninth Circuit and a

11   former clerk at the district court.

12      a180.   Defendant Elizabeth A. Smith is a former CE of the Ninth Circuit ("FCE").

13      a181.   Defendant Molly C. Dwyer is clerk of the Ninth Circuit.

14      a182.   Defendant Jessica Poblete Dela Cruz is a deputy clerk at the Ninth Circuit.

15      a183.   Defendant John G. Roberts, Jr., is chief justice of the U.S. Supreme Court.

16      a184.   Defendant Anthony M. Kennedy is a former associate justice at the U.S. Supreme

17   Court.

18      a185.   Defendant Clarence Thomas is an associate justice at the U.S. Supreme Court.

19      a186.   Defendant Stephen G. Breyer is a former associate justice at the U.S. Supreme

20   Court.

21      a187.   Defendant Samuel A. Alito, Jr., is an associate justice at the U.S. Supreme Court.

22      a188.   Defendant Sonia Sotomayor is an associate justice at the U.S. Supreme Court.

23      a189.   Defendant Elena Kagan is an associate justice at the U.S. Supreme Court.

a190.   Defendant Joseph R. Biden, Jr., is president of the United States. President Biden is being sued for his acts as president-elect of the United States and for interfering with governor Newsom's September 14, 2021, recall election.

a191.   Defendant Kamala D. Harris is vice president ("VP") of the United States and a former attorney general of California ("FCAG"). VP Harris is being sued for interfering with governor Newsom's 2021 recall election as well.

a192.   Defendant Merrick B. Garland is Attorney General of the United States ("AG").

a193.   Defendant Xavier Becerra is secretary of Health and Human Services ("HHS") of the United States and a FCAG.

a194.   Defendant Barack H. Obama is a former president of the United States.

a195.   Defendant Eric H. Holder, Jr., is a former Attorney General of the United States ("FAG").

a196.   Defendant Jefferson B. Sessions III is a FAG.

a197.   Defendant William P. Barr is a FAG.

a198.   Defendant Donald B. Verrilli, Jr., is a former Solicitor General of the United States ("FSG").

a199.   Defendant Christopher A. Wray is director of the Federal Bureau of Investigation ("FBI").

a200.   Defendant John L. Smith is a special counsel for the U.S. Department of Justice ("USDOJ").

a201.   Defendant Juan Antonio Gonzalez, Jr., is U.S. attorney for southern Florida.

a202.   Defendant Ismail J. Ramsey is U.S. attorney for northern California.

a203.   Defendant Stephanie M. Hinds is a FUSA.

a204.   Defendant Melinda Haag is a FUSA.

1    a205.  Defendant Brian J. Stretch is a FUSA.

2    a206.  Defendant David L. Anderson is a FUSA.

3    a207.  Defendant Michelle Lo is an assistant U.S. attorney ("AUSA") at U.S. attorney's

4    office for northern California ("USAO").

5    a208.  Defendant Pamela T. Johann is an AUSA at USAO.

6    a209.  Defendant Jevechius D. Bernardoni is an AUSA at USAO.

7    a210.  Defendant Sara Winslow is a former AUSA at USAO.

8    a211.  Defendant James A. Scharf is an AUSA at USAO.

9    a212.  Defendant Claire T. Cormier is a former AUSA at USAO.

10    a213.  Defendant Jeffrey D. Nedrow is an AUSA at USAO.

11    a214.  Defendant Maia T. Perez is an AUSA at USAO.

12    a215.  Defendant Christopher D. Vieira is a former AUSA at USAO.

13    a216.  Defendant Elise Becker is a former AUSA at USAO.

14    a217.  Defendant Daniel R. Kaleba is a former AUSA at USAO.

15    a218.  Defendant Shiao C. Lee is a former AUSA at USAO.

16    a219.  Defendant Jeffrey B. Shenk is an AUSA at USAO.

17    a220.  Defendant James C. Holland is a former warden at Federal Correctional Complex,

18    Butner, North Carolina.

19    a221.  Defendant Mark Pittella is associate director for operations ("ADO") of U.S.

20    Marshals Service ("USMS").

21    a222.  Defendant Donald M. O'Keefe is a former U.S. marshal for northern California.

22    a223.  Defendant Marc A. Harwell is a deputy U.S. marshal at U.S. marshal's office for

23    northern California ("USMO").

24    a224.  Defendant Chris Yamaguchi is a court security officer ("CSO") at the district

1    court.

2        a225.   Defendant Mary Guttoruson is a CSO at the district court.

3        a226.   Defendant Carolyn Colvin is a former acting commissioner of the U.S. Social

4    Security Agency ("SSA").

5        a227.   Defendant Seema Verma is a former administrator of Centers for Medicare and

6    Medicaid Service ("CMS") of the U.S. Department of Health and Human Services.

7        a228.   Defendant John E. Potter is a former Postmaster General of the United States

8    ("FPMG").

9        a229.   Defendant Patrick R. Donahoe is a FPMG.

10       a230.   Defendant Megan Brennan is a FPMG.

11       a231.   Defendant Alex Padilla is a U.S. senator for California and a former CSS.

12       a232.   Defendant Laphonza Butler is a U.S. senator for California.

13       a233.   Defendant Nancy P. Pelosi is U.S. representative for the 11th congressional

14   district of California and a former speaker of the U.S. House of Representatives.

15       a234.   Defendant Jared W. Huffman is U.S. representative for the 2nd congressional

16   district of California.

17       a235.   Defendant John R. Garamendi is U.S. representative for the 8th congressional

18   district of California.

19       a236.   Defendant C. Michael Thompson is U.S. representative for the 4th congressional

20   district of California.

21       a237.   Defendant Doris O. Matsui is U.S. representative for the 7th congressional district

22   of California.

23       a238.   Defendant Amerish B. Bera is U.S. representative for the 6th congressional

24   district of California.

1       a239.   Defendant Joshua K. Harder is U.S. representative for the 9th congressional

2 district of California.

3       a240.   Defendant Mark DeSaulnier is U.S. representative for the 10th congressional

4 district of California.

5       a241.   Defendant Barbara J. Lee is U.S. representative for the 12th congressional district

6 of California.

7       a242.   Defendant Eric M. Swalwell is U.S. representative for the 14th congressional

8 district of California.

9       a243.   Defendant James M. Costa is U.S. representative for the 21st congressional

10 district of California.

11       a244.   Defendant Rohit Khanna is U.S. representative for the 17th congressional district

12 of California.

13       a245.   Defendant Anna G. Eshoo is U.S. representative for the 16th congressional

14 district of California.

15       a246.   Defendant Zoe Lofgren is U.S. representative for the 18th congressional district

16 of California.

17       a247.   Defendant James V. Panetta is U.S. representative for the 19th congressional

18 district of California.

19       a248.   Defendant Salud O. Carbajal is U.S. representative for the 24th congressional

20 district of California.

21       a249.   Defendant Julia A. Brownley is U.S. representative for the 26th congressional

22 district of California.

23       a250.   Defendant Judy M. Chu is U.S. representative for the 28th congressional district

24 of California.

1   a251.   Defendant Adam B. Schiff is U.S. representative for the 30th congressional

2   district of California.

3   a252.   Defendant Antonio Cardenas is U.S. representative for the 29th congressional

4   district of California.

5   a253.   Defendant Bradley J. Sherman is U.S. representative for the 32nd congressional

6   district of California.

7   a254.   Defendant Peter R. Aguilar is U.S. representative for the 33rd congressional

8   district of California.

9   a255.   Defendant Graciela F. Napolitano is U.S. representative for California's 31st

10   congressional district.

11   a256.   Defendant Ted W. Lieu is U.S. representative for the 36th congressional district

12   of California.

13   a257.   Defendant Jimmy Gomez is U.S. representative for the 34th congressional district

14   of California.

15   a258.   Defendant Norma J. Torres is U.S. representative for the 35th congressional

16   district of California.

17   a259.   Defendant Raul Ruiz is U.S. representative for the 25th congressional district of

18   California.

19   a260.   Defendant Linda T. Sanchez is U.S. representative for the 38th congressional

20   district of California.

21   a261.   Defendant Mark A. Takano is U.S. representative for the 39th congressional

22   district of California.

23   a262.   Defendant Maxine M. Waters is U.S. representative for the 43rd congressional

24   district of California.

1       a263.   Defendant Nanette D. Barragan is U.S. representative for the 44th congressional

2   district of California.

3       a264.   Defendant Katherine M. Porter is U.S. representative for the 47th congressional

4   district of California.

5       a265.   Defendant J. Luis Correa is U.S. representative for the 46th congressional district

6   of California.

7       a266.   Defendant Michael T. Levin is U.S. representative for the 49th congressional

8   district of California.

9       a267.   Defendant Juan C. Vargas is U.S. representative for the 52nd congressional

10   district of California.

11       a268.   Defendant Scott H. Peters is U.S. representative for the 50th congressional district

12   of California.

13       a269.   Defendant Sara J. Jacobs is U.S. representative for the 51st congressional district

14   of California.

15       a270.   Defendant Jerrold L. Nadler is U.S. representative for the 12th congressional

16   district of New York and a former chairman of the House Judiciary Committee.

17       a271.   Defendant Jamin B. Raskin is U.S. representative for the 8th congressional district

18   of Maryland. Representative Raskin is being sued for having served as the lead House manager

19   in the second impeachment trial against former U.S. president Donald J. Trump.

20       a272.   Defendant Joaquin Castro is U.S. representative for the 20th congressional district

21   of Texas. Representative Castro is being sued for having served as a House manager in the

22   second impeachment trial against former president Trump.

23       a273.   Defendant David N. Cicilline is U.S. representative for the 1st congressional

24   district of Rhode Island. Representative Cicilline is being sued for having served as a House

1  manager in the second impeachment trial against former president Trump.

2      a274.   Defendant Madeleine Dean is U.S. representative for the 4th congressional district

3  of Pennsylvania. Representative Dean is being sued for having served as a House manager in the

4  second impeachment trial against former president Trump.

5      a275.   Defendant Diana L. DeGette is U.S. representative for the 1st congressional

6  district of Colorado. Representative DeGette is being sued for having served as a House manager

7  in the second impeachment trial against former president Trump.

8      a276.   Defendant Joseph D. Neguse is U.S. representative for the 2nd congressional

9  district of Colorado. Representative Neguse is being sued for having served as a House manager

10  in the second impeachment trial against former president Trump.

11      a277.   Defendant members of the 107th Congress are former or current U.S. senators or

12  representatives who served between January 3, 2001 and January 3, 2003.

13      a278.   Defendant Meta Platforms, Inc., formerly known as Facebook, Inc. ("Facebook"),

14  is a Delaware corporation with its principal place of business at 1 Hacker Way, Menlo Park,

15  California.

16      a279.   Defendant Google, Inc. ("Google") is a Delaware corporation with its principal

17  place of business at 1600 Amphitheatre Parkway, Mountain View, California.

18      a280.   Defendant the Charles Schwab Corporation ("Schwab") is a Delaware corporation

19  with its principal place of business at 211 Main Street, San Francisco, California.

20      a281.   Defendant Ana Schmidt is assistant manager at the Sunnyvale branch of Schwab.

21      a282.   Defendant Nick Hoodecheck is a customer service representative at the Sunnyvale

22  branch of Schwab.

23      a283.   Defendant Pacific Gas and Electric Corporation ("PG&E") is a California

24  corporation with its principal place of business at 77 Beale Street, San Francisco, California.

1          a284.   Defendant Comcast Corporation ("Comcast") is a Pennsylvania corporation with

2     its principal place of business at One Comcast Center, Philadelphia, Pennsylvania.

3          a285.   Defendant Ebay Inc. ("Ebay") is a Delaware corporation with its principal place

4     of business at 2025 Hamilton Avenue, San Jose, California.

5          a286.   Defendant Adobe Inc. ("Adobe") is a Delaware corporation with its principal

6     place of business at 345 Park Avenue, San Jose, California.

7          a287.   Defendant Amazon.com, Inc., ("Amazon") is a Delaware corporation with its

8     principal place of business at 410 Terry Avenue North, Seattle, Washington.

9          a288.   Defendant Microsoft Corporation ("Microsoft") is a Washington corporation with

10    its principal place of business at One Microsoft Way, Redmond, Washington.

11         a289.   Defendant AT&T Inc. ("AT&T") is a Delaware corporation with its principal

12    place of business at 208 S. Akard Street, Dallas, Texas.

13         a290.   Defendant Kaiser Permanente Santa Clara Medical Center ("SCMC") is a former

14    employer of plaintiff's spouse until July 2016.

15         a291.   Defendant Metromile Insurance Company ("Metromile") is a Delaware

16    corporation with its principal place of business at 3080 N. Civic Center Plaza, Scottsdale,

17    Arizona.

18         a292.   Defendant State Farm Mutual Automobile Insurance Company ("State Farm") is a

19    privately held mutual insurance company with its principal place of business at One State Farm

20    Plaza, Bloomington, Illinois.

21         a293.   Defendant Cheryl Ching is an agent for State Farm.

22         a294.   Defendant David S. Poon is a retired dentist.

23         a295.   Defendant Alan T. Poon is a dentist and successor to defendant David S. Poon

24    with office at 425 E. Remington Drive, Suite 8, Sunnyvale, California.

1          a296.    Defendant Colin K. Au is a dentist with office at 1565 Hollenbeck Avenue, Suite

2   120, Sunnyvale, California.

3          a297.    Defendant Jessie Yu is a dentist with office at 1565 Hollenbeck Avenue, Suite

4   120, Sunnyvale, California.

5          a298.    Defendant James McNair Thompson is a private attorney licensed to practice law

6   in California (State Bar No. 67807).

7          a299.    Defendant Katherine A. Trefz is a private attorney associated with the law firm

8   Williams and Connolly LLP (State Bar No. 262770).

9          a300.    Defendant Jeffrey B. Coopersmith is a private attorney associated with the law

10   firm Orrick Herrington & Sutcliffe LLP.

11          a301.    Defendant Krista Cantu is the proprietor of Pacific Coast Legal Services, Inc., an

12   attorney service company with its principal place of business at 31 N. Second Street, Suite 200,

13   San Jose, California.

14          a.302.    Defendant Daniel T. Paris is an independent attorney licensed to practice law in

15   California (State Bar No. 79520).

16                               **FACTUAL BACKGROUND**

17       1.       On February 2, 2010, plaintiff filed an employment discrimination complaint

18   against United States Postal Service ("USPS") with the district court (Case No. 10-cv-464-RS,

19   "*USPS I*"). On June 10, 2011, judge Seeborg summarily dismissed the case.

20       2.       On July 6, 2011, plaintiff appealed from the dismissal of *USPS I* to the Ninth

21   Circuit (Case No. 11-16653). Circuit judges Thomas, Schroeder, and Silverman affirmed the

22   dismissal of *USPS I* in a unanimous decision on July 20, 2012.

23       3.       On May 31, 2012, plaintiff filed a complaint against four postal employees named

24   in *USPS I* with the district court (Case No. 12-cv-2789-LHK, "*USPS II*"). On November 9, 2012,

1   judge Koh dismissed the case.

2   4.      On February 12, 2013, plaintiff petitioned the U.S. Supreme Court for certiorari to

3   review the Ninth Circuit's upholding of dismissal of *USPS I* (Case No. 12-1018). The high court

4   denied the petition on March 25, 2013.

5   5.      On August 7, 2013, plaintiff filed a complaint based on *USPS II* with the district

6   court (Case No. 13-cv-3676-SI, "*USPS III*"). Judge Illston dismissed the case on November 8,

7   2013.

8   6.      On September 25, 2013, plaintiff filed a complaint based on *USPS III* with the

9   district court (Case No. 13-cv-4442-EMC, "*USPS IV*"). Judge Chen dismissed *USPS IV* and

10  declared plaintiff a vexatious litigant on December 20, 2013. The order also subjects plaintiff's

11  further complaints to pre-filing review by the general duty judge.

12  7.      On February 3, 2014, plaintiff brought a complaint to the district court (Case No.

13  14-mc-80028-JSW, "*Screening I*"). Judge White dismissed the complaint on March 26, 2014.

14  8.      On June 10, 2014, plaintiff brought a complaint to the district court (Case No.

15  14-mc-80174-BLF, "*Screening II*"). Judge Freeman dismissed the complaint on July 8, 2014.

16  8-1.    On July 7, 2014, plaintiff moved to intervene in a criminal case which USAO

17  instituted at the district court (Case No. 14-cr-196-CRB, "*Criminal I*"). Judge Breyer denied the

18  motion on July 8, 2014.

19  9.      On November 10, 2014, plaintiff brought a complaint to the district court (Case

20  No. 14-mc-80306-LHK, "*Screening III*"). Judge Chhabria dismissed the complaint on November

21  14, 2014.

22  10.     On December 18, 2014, plaintiff brought a complaint to the district court (Case

23  No. 14-mc-80342-WHA, "*Screening IV*"). Judge Alsup dismissed the complaint the same day.

24  11.     On January 22, 2015, plaintiff brought a complaint to the district court (Case No.

1    15-mc-80031-YGR, "*Screening V*"). Judge Rogers dismissed the case on April 6, 2015.

2    12.    On June 15, 2016, plaintiff's spouse transferred her interest in their residence to

3   plaintiff. Two days later, DA Rosen sent a letter to plaintiff's spouse questioning if the transfer

4   represented a real estate fraud. Santa Clara County Assessor's Office then terminated plaintiff's

5   homeowner's exemption for the ensuing tax years.

6    13.    On October 7, 2016, plaintiff submitted a Citizen's Second Crime Report against

7   Santa Clara County Sheriff's Office and others to both CAGO (Case No. 681914) and the DA's

8   office. Analyst McCrickard replied to the crime report on behalf of then CAG Harris on October

9   18, 2016, declining to take any action. DDA Chase returned said report to plaintiff on August 24,

10   2017, taking no action either.

11    14.    Santa Clara County filed a case against the Trump administration with the district

12   court on February 3, 2017 (Case No. 17-cv-514-WHO, "*Sanctuary County*"). Citing the Citizen's

13   Second Crime Report, plaintiff moved to intervene in the case on March 29, 2017. Judge Orrick

14   denied the motion to intervene on April 3, 2017.

15    14-1.    On May 1, 2017, USMO booked plaintiff into jail so USAO instituted a criminal

16   action against him with the district court the next day (Case No. 17-cr-263-MMC, "*Trap*").

17    14-2.    On May 11, 2017, USAO filed an indictment in *Trap*.

18    14-3.    On May 12, 2017, then clerk Soong reassigned *Trap* to judge Chesney.

19    14-4.    On May 19, 2017, judge Spero ordered plaintiff's release from federal custody.

20    14-5.    On August 15, 2017, a group of deputy U.S. marshals and police officers arrested

21   plaintiff at his residence.

22    14-6.    On August 24, 2017, judge Chesney ordered plaintiff's commitment to federal

23   custody for competency evaluation.

24    14-7.    Judge Chesney ordered plaintiff's commitment to federal custody for competency

1    restoration on December 19, 2017.

2        14-8.    On March 28, 2018, plaintiff petitioned the U.S. district court for eastern North

3    Carolina for a Writ of Habeas Corpus (Case No. 18-hc-2081-BO, "*Habeas Corpus*").

4        14-9.    On September 19, 2018, judge Boyle dismissed *Habeas Corpus*.

5        14-10.  Judge Chesney ordered plaintiff's immediate discharge from federal custody on

6    October 31, 2018.

7        14-11.  On December 15, 2021, governor Newsom announced the appointment of former

8    marshal O'Keefe as chief of law enforcement for the Governor's Office of Emergency Services.

9        15.    On October 17, 2019, plaintiff filed a case with the sister court against assessor

10   Stone, clerk Tonini, district judge Edward J. Davila, and the county (Case No. 19CV356670).

11   USAO removed the case to the district court on October 25, 2019 (Case No. 19-cv-7000-BLF,

12   "*County I*"). Judge Freeman issued a pre-filing screening order against plaintiff on December 5,

13   2019, expanding the scope of judge Chen's vexatious litigant order, ¶ 6. Said judge dismissed the

14   case on February 26, 2020.

15       16.    On August 20, 2020, Santa Clara County DA's office instituted a criminal action

16   against James Jensen, Harpaul Nahal, Michael Nichols, and Christopher Schumb at the sister

17   court (Case No. C2010724, "*Sheriff's Election*") due to their alleged illegal fundraising against

18   the 2018 re-election of then sheriff Laurie Smith.

19       16-1,   On December 14, 2021, CAGO, CCO, and DDA Chase filed a case against then

20   sheriff Smith with the sister court (Case No. 21CV391905).

21       16-2.   On November 2, 2022, a civil grand jury in San Mateo County convicted former

22   sheriff Smith of six counts of corruption and willful misconduct.

23       17.    On October 28, 2020, plaintiff delivered a complaint based on *County I*, ¶ 15, and

24   the Citizen's Second Crime Report, ¶¶ 13, 14, to the district court against FCAG Harris, analyst

1   McCrickard, Santa Clara County, DA Rosen, DDA Chase, and assessor Stone. The clerk's office

2   of the district court has yet to file the complaint.

3      18.    On November 12, 2020, plaintiff filed a case with the sister court against Santa

4   Clara County, DA Rosen, DDA Chase, assessor Stone, FCAG Harris, FCAG Becerra, and others

5   (Case No. 20cv372913). CAGO removed the case to the district court on December 16, 2020

6   (Case No. 20-cv-9097-VKD, "*County III*"). The clerk's office of the district court dismissed the

7   case on December 22, 2020.

8      19.    On December 6, 2020, then president-elect Biden selected then CAG Becerra to

9   head the Department of Health and Human Services in his incoming administration.

10     20.    On December 22, 2020, governor Newsom appointed then CSS Padilla to fill then

11   VP-elect Harris' U.S. Senate seat.

12     21.    On December 23, 2020, FAG Barr resigned from office.

13     22.    On December 28, 2020, plaintiff appealed from the dismissal of *County III*, ¶ 18,

14   to the Ninth Circuit (Case No. 21-15001, "*Appeal II*").

15     23.    On January 7, 2021, Congress certified the Electoral College vote for president

16   Biden and VP Harris following a violent protest in Washington, DC, the previous day.

17     24.    Citing the violence on Capitol Hill the day before, Facebook extended indefinitely

18   the block on former president Trump's account on January 7, 2021 as well.

19     24-1.   On January 25, 2023, Facebook announced that suspension of former president

20   Trump's account would end in the coming weeks.

21     25.    On January 12, 2021, Google also suspended former president Trump's YouTube

22   account, ¶ 24.

23     25-1.   On March 17, 2023, YouTube reinstated former president Trump's account.

24     26.    On January 13, 2021, the U.S. House of Representatives voted to impeach former

1   president Trump for inciting the January 6 storming of the U.S. Capitol.

2       27.     Plaintiff filed a case based on *County III*, ¶ 18, with the sister court on January 15,

3   2021 (Case No. 21CV375239, "*State I*").

4       27-1.   On May 6, 2021, CAGO moved to declare plaintiff a vexatious litigant in *State I*.

5       27-2.   On June 23, 2021, CCO moved to declare plaintiff a vexatious litigant in *State I*.

6       27-3.   On August 30, 2021, judge Rudy issued a tentative ruling in *State I* declaring

7   plaintiff a vexatious litigant and granting both CAGO and CCO's requests for a pre-filing order.

8   The ruling also required plaintiff's appearance in the motion hearing the next day to determine

9   the amount of security required under California Code of Civil Procedure § 391.3(a).

10      27-4.   On August 31, 2021, judge Huber formalized judge Rudy's tentative ruling in

11  *State I*. Declaring plaintiff a vexatious litigant and granting the requests for a pre-filing order by

12  both CAGO and CCO, said judge set the bond at $5,000 each for suing the state or Santa Clara

13  County.

14      28.     On January 25, 2021, the House managers delivered an article of impeachment to

15  the U.S. Senate to commence the second impeachment trial against former president Trump.

16      29.     On February 13, 2021, the U.S. Senate concluded the second impeachment trial

17  against former president Trump without a conviction.

18      30.     On April 7, 2021, commissioner Fitzgerald denied plaintiff's motion in *Appeal II*,

19  ¶ 22, for summary reversal of dismissing *County III*.

20      31.     On May 11, 2021, judge Paez and judge Forrest denied plaintiff's three additional

21  motions in *Appeal II* for summary reversal of dismissing *County III*.

22      32.     On June 18, 2021, plaintiff submitted to the Ninth Circuit a judicial misconduct

23  complaint against judge Paez and judge Forrest based on their prejudicial acts in *Appeal II*. FCE

24  Smith returned the complaint to plaintiff on July 6, 2021.

1    33.    Circuit judges Watford, Bennett, and VanDyke denied plaintiff's last motion in

2   *Appeal II* for summary reversal of dismissing *County III* in a judgment issued on July 13, 2021.

3    34.    On July 25, 2021, plaintiff petitioned the Ninth Circuit for en banc rehearing on

4   the judgment denying plaintiff's final motion in *Appeal II* for summary reversal of dismissing

5   *County III*. The Ninth Circuit denied the petition on October 14, 2021.

6    35.    On September 14, 2021, plaintiff brought a complaint based on *State I*, ¶ 27-4, to

7   the district court. Upon judge Freeman's pre-filing review, ¶ 15, plaintiff filed the complaint on

8   September 22, 2021 (Case No. 21-cv-7361-BLF, "*State III*").

9    36.    On September 27, 2021, CFTB turned plaintiff's 2019 state income tax refund

10   over to CDMV under the state DMV-FTB Registration Collections Program.

11    36-1.    On August 17, 2023, CDMV mailed plaintiff a Notice of Suspension of his car

12   registration effective August 21, 2023.

13    37.    On October 8, 2021, USAO removed *State I*, ¶ 27-4, to the district court (Case

14   No. 21-cv-7922-YGR, "*Removal II*").

15    38.    On October 14, 2021, judge Chen stayed the time for defendants in *Removal II* to

16   answer or respond to the complaint pending pre-filing review as ordered by judge Freeman in

17   *County I*, ¶ 15.

18    39.    On October 22, 2021, CSS Weber certified the results of governor Newsom's

19   recall election that year.

20    40.    On December 13, 2021, the U.S. Senate confirmed judge Koh's nomination to the

21   Ninth Circuit.

22    41.    On February 10, 2022, judge Rogers dismissed *Removal II*, ¶ 38.

23    42.    On March 2, 2022, plaintiff filed the First Amended Complaint ("FAC") in *State*

24   *III*, ¶ 35.

1    43.    Acting as advocate for defendants Santa Clara County, DA Rosen, assessor Stone,

2    FCC Williams, and registrar Bushey ("county defendants"), CCO moved to dismiss the FAC in

3    *State III* on March 23, 2022.

4    44.    On May 10, 2022, judge Freeman granted CCO's motion to dismiss in *State III*.

5    45.    Plaintiff moved to disqualify judge Freeman from *State III* on May 24, 2022. Said

6    judge referred the motion to judge Tigar the same day.

7    46.    On June 6, 2022, USAO moved to dismiss the FAC in *State III*, ¶ 43.

8    47.    On June 14, 2022, judge Tigar denied plaintiff's motion in *State III* to disqualify

9    judge Freeman, ¶ 45.

10    48.    On June 29, 2022, judge Freeman granted USAO's motion to dismiss in *State III*,

11    ¶ 46.

12    49.    On July 25, 2022, plaintiff moved again to disqualify judge Freeman from *State*

13    *III*, ¶ 45, Plaintiff renewed the motion to disqualify said judge on August 11, 2022. On August

14    18, 2022, judge Orrick denied both motions.

15    50.    Plaintiff filed a renewed complaint in *State III* with the district court on July 29,

16    2022 (Case No. 22-cv-4396-CRB, "*Refile I*"). On August 19, 2022, plaintiff submitted a FAC in

17    the case to said court. Judge Breyer dismissed the initial complaint and ordered clerk Busby to

·18    not file the FAC on August 23, 2022. On October 24, 2022, said judge dismissed the case.

19    51.    The FBI executed a search warrant at former president Trump's residence Mar-a-

20    Lago in Florida on August 8, 2022.

21    51-1.    On November 18, 2022, AG Garland appointed former career Justice Department

22    prosecutor John L. Smith as Special Counsel to oversee two ongoing criminal investigations: (a)

23    whether any person or entity unlawfully interfered with the transfer of power following the 2020

24    presidential election or the certification of the Electoral College vote held on or about January 6,

1    2021, and (b) if former president Trump mishandled classified documents after president Biden

2    took office on January 20, 2021.

3        51-2.   On April 25, 2023, president Biden announced his candidacy for re-election as

4    president of the United States.

5        51-3.   On June 8, 2023, former president Trump was indicted at the district court for

6    southern Florida for willful retention of National Defense Information, conspiracy to obstruct

7    justice, and other ancillary charges (Case No. 23-cr-80101-AMC). ¶ 51-1(b).

8        51-4.   On August 1, 2023, former president Trump was indicted at the district court for

9    DC for charges in connection with the January 6, 2021, Capitol Riot (Case No. 23-cr-257-TSC).

10   ¶ 51-1(a).

11       52.   On August 29, 2022, plaintiff submitted another renewed complaint in *State III*

12   to the district court. Judge Tigar approved filing of the lodged complaint and dismissed *Refile I*,

13   ¶ 50, on September 2, 2022. On September 7, 2022, the clerk's office of the district court filed

14   the approved complaint to commence a new case (Case No. 22-cv-5066-EJD, "*Refile II*").

15       53.   Plaintiff further moved to disqualify judge Freeman from *State III* on September

16   5, 2022, ¶ 49. Said judge herself denied the motion the next day.

17       54.   On September 19, 2022, plaintiff filed the FAC in *Refile II*, ¶ 52.

18       55.   On September 26, 2022, the district court dismissed the initial complaint in *Refile*

19   *II*, ¶ 52, and directed plaintiff to amend the dismissed complaint within 14 days.

20       56.   Also on September 26, 2022, plaintiff requested permission for electronic case

21   filing in *Refile II*.

22       56-1.   On November 10, 2022, plaintiff brought a complaint to the sister court (Case No.

23   22CV406550, "*State IV*").

24       56-2.   On July 6, 2023, plaintiff filed the First Amended Complaint in *State IV*.

1       56-3.   On July 17, 2023, judge Geffon dismissed *State IV*.

2       57.    On November 18, 2022, the FAC in *Refile II* was served on AG Garland.

3       58.    The district court dismissed *Refile II* for failure to prosecute on November 23,

4   2022.

5       59,    On December 6, 2022, plaintiff moved the district court to vacate dismissal of

6   *Refile II* for failure to prosecute.

7       60.    Plaintiff renewed his motion to vacate dismissing *Refile II* on December 29, 2022.

8       61.    On January 3, 2023, plaintiff moved the Ninth Circuit for emergency reversal of

9   dismissing *Refile II*. The court of appeals granted the motion on January 12, 2023.

10      62.    The FAC in *Refile II* was served on president Biden, VP Harris, and FUSA Hinds

11  on January 17, 2023.

12      62-1.   On January 26, 2023, State Bar filed a Notice of Disciplinary Charges against

13  attorney John C. Eastman, seeking his disbarment (Case No. SBC-23-O-30029). The 11 charges

14  are based on said attorney's involvement to overturn the results of the 2020 presidential election.

15      63.    Plaintiff petitioned the Ninth Circuit for a writ of mandamus regarding *Refile II*

16  to commence case 23-70017 on January 25, 2023. Plaintiff renewed said petition the next day.

17  Plaintiff further petitioned the court of appeals for a writ of mandamus to initiate case 23-70035

18  on February 17, 2023. Circuit judges Canby, Milan Smith, and Bress denied these petitions on

19  March 3, 2023.

20      64.    The FAC in *Refile II* was served on judge Rudy, judge Huber, and Schwab on

21  February 9, 2023.

22      64-1.   On February 21, 2023, plaintiff brought a complaint to the district court (Case No.

23  23-mc-80051-RS, "*Refile III*").

24      64-2.   On March 17, 2023, judge Seeborg dismissed the initial complaint in *Refile III*

1   without leave to amend.

2   65.   The district court denied both plaintiff's motions to vacate dismissal of *Refile II*,

3   ¶¶ 59, 60, on March 6, 2023.

4   66.   On March 21, 2023, U.S. attorney Ramsey assumed office to take the place of

5   FUSA Hinds.

6   67.   On April 17, 2023, plaintiff moved the Ninth Circuit for emergency reversal of

7   the district court's denial of both his motions to vacate dismissing *Refile II*, ¶ 65.

8   68.   On May 4, 2023, plaintiff renewed his motion to the Ninth Circuit for emergency

9   reversal of the district court's denial of both his motions to vacate dismissing *Refile II*.

10   69.   On August 11, 2023, plaintiff sent a complaint against president Biden, governor

11   Newsom, and others to the U.S. district court for DC (Case No. 23-cv-2499-TJK, "*Bivens*").

12   69-1.   On September 7, 2023, judge Kelly dismissed *Bivens*.

13   70.   On August 24, 2023, plaintiff brought a complaint to the district court (Case No.

14   23-cv-80217-TLT, "*Refile IV*").

15   70-1.   On August 30, 2023, judge Thompson ordered the clerk's office of the district

16   court to not file the complaint in *Refile IV*.

17   71.   On October 3, 2023, governor Newsom named senator Butler to fill the vacancy

18   left in the U.S. Senate by the death of her predecessor.

19   **FIRST CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. §§ 351-364**
20   **against AG Garland**

21   c1.   28 U.S.C. § 2672 provides:

22   The head of each Federal agency or his designee, in accordance with regulations
23   prescribed by the Attorney General, may consider, ascertain, adjust, determine,
24   compromise, and settle any claim for money damages against the United States
25   for injury or loss of property or personal injury or death caused by the negligent
26   or wrongful act or omission of any employee of the agency while acting within
27   the scope of his office or employment, under circumstances where the United
28   States, if a private person, would be liable to the claimant in accordance with the

1    law of the place where the act or omission occurred.

2

3    28 U.S.C. § 2671 defines "Federal agency" to include:

4        the executive departments, the judicial and legislative branches, the military
5        departments, the independent establishments of the United States, ...

6

7    On the other hand, 28 U.S.C. §§ 351-364 apply solely to "federal judges" as defined in 28 U.S.C.

8    § 351(d)(1). Affording federal judges differential treatment in violation of the equal protection

9    clause of the Fourteenth Amendment, 28 U.S.C. §§ 351-364 constitute unconstitutional statutes.

10    Moreover, the statutes at issue circumvent the constitutional mandate that the "Judges, both of

11    the supreme and inferior Courts, shall hold their Offices during good Behaviour."

12    **SECOND CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 351**
13    **against AG Garland**

14    c2.    28 U.S.C. § 351(a) permits any person alleging that a federal judge has engaged

15    in conduct prejudicial to the effective and expeditious administration of the business of the courts

16    to file with the clerk of the court of appeals for the circuit a written complaint containing a brief

17    statement of the facts constituting such conduct. 28 U.S.C. § 351(b) allows a circuit chief judge

18    to identify a judicial misconduct complaint by written order. Nevertheless, 28 U.S.C. § 1331

19    states that the district courts have original jurisdiction of all civil actions arising under the laws

20    of the United States. Furthermore, said provisions preempt the U.S. attorney from instituting a

21    criminal case against the subject judge. 28 U.S.C. § 351 is unconstitutional for contradicting the

22    doctrine of separation of powers.

23    **THIRD CAUSE OF ACTION - CONSTITUTIONALTY OF 28 U.S.C. § 352**
24    **against AG Garland**

25    c3.    28 U.S.C. § 352(b) allows a chief circuit judge to dismiss a judicial misconduct

26    complaint or conclude the proceeding without a hearing. Accordingly, said provision denies the

27    complainant the First Amendment right to petition the government for a redress of grievances,

28    due process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

1    equal protection of the laws under the Fourteenth Amendment. 28 U.S.C. § 352(c) permits the

2    complainant to petition the circuit judicial council for review of the final order of the chief circuit

3    judge. Since the district court has original jurisdiction over the complaint, the court of appeals –

4    instead of the circuit judicial council – should conduct the review. Moreover, 28 U.S.C. § 352(d)

5    authorizes the circuit judicial council to refer the petition for review to a panel of no fewer than 5

6    members of the council. Equating a court of appeals with the circuit judicial council, 28 U.S.C. §

7    352 is unconstitutional for undermining the doctrine of separation of powers as well.

8    **FOURTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 353**
9    **against AG Garland**

10       c4.    28 U.S.C. § 353(a) requires the chief circuit judge to appoint himself or herself

11   and equal numbers of circuit and district judges of the circuit to a special committee in order to

12   investigate the facts and allegations contained in the misconduct complaint. 28 U.S.C. § 353(c)

13   authorizes said special committee to conduct such investigation and file a written report with

14   recommendations for necessary and appropriate actions by the circuit judicial council. However,

15   USDOJ is empowered by statutes to perform such tasks. 28 U.S.C. § 353 is unconstitutional for

16   subverting the doctrine of separation of powers.

17   **FIFTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 354**
18   **against AG Garland**

19       c5.    28 U.S.C. § 354(a) authorizes the circuit judicial council to act on a report filed

20   under 28 U.S.C. § 353(c) by the special committee. Furthermore, 28 U.S.C. § 354(b) permits the

21   circuit judicial council to refer any complaint under 28 U.S.C. § 351, together with the record

22   of any associated proceedings and its recommendations for appropriate action, to the Judicial

23   Conference of the United States for review. Grafting power vested in the court of appeals to the

24   circuit judicial council, said provisions are unconstitutional for offending against the doctrine of

25   separation of powers.

1
2

## SIXTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 355
against AG Garland

3      c6.      28 U.S.C. § 355(b) authorizes the Judicial Conference of the United States to refer

4      the underlying judicial misconduct case to the House of Representatives for further impeachment

5      proceeding. Nonetheless, Article II, Section 4 of the Constitution states: "all civil Officers of the

6      United States shall be removed from Office on Impeachment for, and Conviction of, Treason,

7      Bribery, other high Crimes and Misdemeanors." And 28 U.S.C. § 547(1) requires that each U.S.

8      attorney prosecute for all offenses against the United States within his district. 28 U.S.C. § 355

9      is unconstitutional for defying the doctrine of separation of powers.

10
11

## SEVENTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 356
against AG Garland

12      c7.      28 U.S.C. § 356(a) confers full subpoena power on the circuit judicial council of

13      a U.S. court of appeals or a special committee appointed under 28 U.S.C. § 353. 28 U.S.C. §

14      356(b) affords the U.S. Judicial Conference or a standing committee appointed by the Chief

15      Justice under 28 U.S.C. § 331 full subpoena power. Granting undue subpoena power to the

16      judiciary branch of the government, the statute contradicts the doctrine of separation of powers.

17
18

## EIGHTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 357
against AG Garland

19      c8.      28 U.S.C. § 357(b) permits the Judicial Conference of the United States to review

20      the rulings rendered by circuit judicial council regarding a judicial misconduct complaint. Under

21      the circumstances, the U.S. Supreme Court should review the rulings rendered by the court of

22      appeals concerning such a complaint. 28 U.S.C. § 357 is unconstitutional for interfering with the

23      doctrine of separation of powers.

24
25

## NINTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 358
against AG Garland

26      c9.      28 U.S.C. § 358(b)(2) requires that the subject judge be afforded an opportunity

1    to present oral and documentary evidence, cross-examine witnesses, and present argument orally

2    or in writing. Yet 28 U.S.C. § 358(b)(3) requires that the complainant be afforded an opportunity

3    to appear at proceedings conducted by the investigating panel, if such panel concludes that the

4    complainant could offer substantial information. Hence 28 U.S.C. § 358 denies the complainant

5    due process of law under the Fifth Amendment as well as equal protection of the laws under the

6    Fourteenth Amendment.

7    **TENTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 359**
8    **against AG Garland**

9        c10.    28 U.S.C. § 359(b) provides:

10       No person shall be granted the right to intervene or to appear as amicus curiae in
11 ·     any proceeding before a judicial council or the Judicial Conference under this
12       chapter.
13
14   Said provision affords the subject judge differential treatment in violation of the equal protection

15   clause of the Fourteenth Amendment.

16   **ELEVENTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 360**
17   **against AG Garland**

18       c11.    28 U.S.C. § 360 requires strict confidentiality regarding all papers, documents,

19   and records of proceedings in a judicial misconduct case as well as public disclosure of only

20   the written orders. Granting the subject judge the power to control the release of incriminating

21   evidence, said statute subverts the equal protection clause of the Fourteenth Amendment.

22   **TWELFTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 361**
23   **against AG Garland**

24       c12.    28 U.S.C. § 361 permits the subject judge to request award of reimbursement for

25   reasonable expenses incurred from the Director of the Administrative Office of the United States

26   Courts if the complaint has been finally dismissed under 28 U.S.C. § 354(a)(1)(B). Interfering

27   with 42 U.S.C. § 1988(b), said statute undermines the equal protection clause of the Fourteenth

28   Amendment.

| | |
|---|---|
| 1 | **THIRTEENTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 362** |
| 2 | **against AG Garland** |

3      c13.    28 U.S.C. § 362 authorizes 28 U.S.C. §§ 351-364 to override provisions in the

4  Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of

5  Appellate Procedure, or the Federal Rules of Evidence. Conferring differential treatment on the

6  subject judge, said statute infringes on the equal protection clause of the Fourteenth Amendment.

| | |
|---|---|
| 7 | **FOURTEENTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 363** |
| 8 | **against AG Garland** |

9      c14.    Permitting the U.S. Court of Federal Claims, the Court of International Trade, and

10  the Court of Appeals for the Federal Circuit to prescribe rules establishing such procedures as

11  implemented in 28 U.S.C. §§ 351-354, 28 U.S.C. § 363 contradicts the equal protection clause of

12  the Fourteenth Amendment as well as the doctrine of separation of powers.

| | |
|---|---|
| 13 | **FIFTEENTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. § 364** |
| 14 | **against AG Garland** |

15      c15.    Exempting convicted federal judges from criminal prosecution by each U.S.

16  attorney under 28 U.S.C. § 547(1), 28 U.S.C. § 364 subverts the equal protection clause of the

17  Fourteenth Amendment and the doctrine of separation of powers.

| | |
|---|---|
| 18 | **SIXTEENTH CAUSE OF ACTION - CONSTITUTIONALITY OF 28 U.S.C. §§ 351-364** |
| 19 | **against AG Garland** |

20      c16.    Article II, Section IV of the Constitution states:

21      The President, Vice President and all civil Officers of the United States, shall be
22      removed from Office on Impeachment for, and Conviction of Treason, Bribery, or
23      other high Crimes and Misdemeanors.
24
25  Moreover, 28 U.S.C. § 547(1) requires each U.S. attorney to prosecute for all offenses against

26  the United States within his district. Nonetheless, 28 U.S.C. §§ 351-364 provide the pretext for

27  U.S. attorneys to evade prosecuting federal judges for crimes or misdemeanors committed within

28  the scope of their office or employment. Said statutes are unconstitutional for preempting the

1  | mandated impeachment proceeding.

## SEVENTEENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Seeborg, former president Obama, FAG Holder, FUSA Haag, AUSA Scharf, FPMG Potter, and deputy clerk Salinas-Harwell

c17.    On June 10, 2011, judge Seeborg dismissed *USPS I* without affording plaintiff an opportunity to confront adverse witnesses, ¶ 1. Therefore, said judge, former president Obama, FAG Holder, FUSA Haag, AUSA Scharf, FPMG Potter, and deputy clerk Salinas-Harwell have collaborated to deny plaintiff the First Amendment right to petition the government for a redress of grievances, due process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under the Fourteenth Amendment. Moreover, said defendants have acted under color of judicial, presidential, executive or quasi-judicial immunity respectively.

## EIGHTEENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Schroeder, judge Silverman, and judge Thomas

c18.    Circuit judges Schroeder, Silverman, and Thomas affirmed dismissal of *USPS I* on July 20, 2012 without oral argument, ¶ 2. In doing so, said judges have colluded to deprive plaintiff of the First Amendment right to petition the government for a redress of grievances, due process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under the Fourteenth Amendment. Furthermore, said judges have acted under color of judicial immunity.

## NINETEENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Koh, FUSA Haag, AUSA Scharf, former AUSA Cormier, FPMG Donahoe, and deputy clerk Salinas-Harwell

c19.    On November 9, 2012, judge Koh dismissed *USPS II* without a hearing, ¶ 3. Said judge, FUSA Haag, AUSA Scharf, former AUSA Cormier, FPMG Donahoe, and deputy clerk Salinas-Harwell have conspired in order to deny plaintiff the First Amendment right to petition the government for a redress of grievances, due process of law under the Fifth Amendment, the

1    Seventh Amendment right to a jury trial, and equal protection of the laws under the Fourteenth

2    Amendment. Besides, said defendants have acted under color of judicial, executive or quasi-

3    judicial immunity respectively.

4    **TWENTIETH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
5    **against chief justice Roberts, justice Kennedy, justice Thomas, justice Breyer,**
6    **justice Alito, justice Sotomayor, justice Kagan, and FSG Verrilli**

7        c20.    On March 25, 2013, the U.S. Supreme Court denied plaintiff's petition for a writ

8    of certiorari to review the Ninth Circuit's upholding of dismissal of *USPS I*, ¶ 4. Chief justice

9    Roberts, justice Kennedy, justice Thomas, justice Breyer, justice Alito, justice Sotomayor,

10   justice Kagan, and FSG Verrilli have collaborated to deprive plaintiff of the First Amendment

11   right to petition the government for a redress of grievances, due process of law under the Fifth

12   Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under

13   the Fourteenth Amendment. Said defendants have acted under color of judicial or executive

14   immunity as well.

15   **TWENTY-FIRST CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
16   **against judge Illston, FUSA Haag, former AUSA Tse, and AUSA Scharf**

17       c21.    On November 8, 2013, judge Illston dismissed *USPS III* without a hearing, ¶ 5.

18   Hence said judge, FUSA Haag, former AUSA Tse, and AUSA Scharf have conspired to deny

19   plaintiff the First Amendment right to petition the government for a redress of grievances, due

20   process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

21   equal protection of the laws under the Fourteenth Amendment. Besides, said defendants have

22   acted under color of judicial or executive immunity respectively.

23   **TWENTY-SECOND CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
24   **against judge Chen, FUSA Haag, former AUSA Tse,**
25   **former AUSA Cormier, and manager Puli**

26       c22.    On December 20, 2013, judge Chen declared plaintiff a vexatious litigant and

27   dismissed *USPS IV* without a hearing, ¶ 6. In doing so, said judge, FUSA Haag, former AUSA

1 | Tse, former AUSA Cormier, and manager Puli have colluded to deprive plaintiff of the First

2 | Amendment right to petition the government for a redress of grievances, due process of law

3 | under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection

4 | of the laws under the Fourteenth Amendment. Moreover, said defendants have acted under color

5 | of judicial, executive or quasi-judicial immunity respectively.

### TWENTY-THIRD CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge White and judge Chen

8 |     c23.    On March 26, 2014, judge White dismissed *Screening I* without a hearing, ¶ 7,

9 | based on judge Chen's vexatious litigant order, ¶ 6. Said judges have collaborated in order to

10 | deny plaintiff the First Amendment right to petition the government for a redress of grievances,

11 | due process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

12 | equal protection of the laws under the Fourteenth Amendment. Furthermore, both judges have

13 | acted under color of judicial immunity.

### TWENTY-FOURTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Freeman and judge Chen

16 |     c24.    On July 8, 2014, judge Freeman dismissed *Screening II* without a hearing, ¶ 8,

17 | based on judge Chen's vexatious litigant order, ¶ 6. Thus, said judges have conspired to deprive

18 | plaintiff of the First Amendment right to petition the government for a redress of grievances, due

19 | process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

20 | equal protection of the laws under the Fourteenth Amendment. Moreover, both judges have acted

21 | under color of judicial immunity.

### TWENTY-FIFTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Chhabria and judge Chen

24 |     c25.    Judge Chhabria dismissed *Screening III* without a hearing on November 14, 2014,

25 | ¶ 9, based on judge Chen's vexatious litigant order, ¶ 6. Therefore, said judges have colluded to

26 | deny plaintiff the First Amendment right to petition the government for a redress of grievances,

1  due process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

2  equal protection of the laws under the Fourteenth Amendment. Besides, both judges have acted

3  under color of judicial immunity.

### TWENTY-SIXTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Alsup and judge Chen

6       c26.    Judge Alsup dismissed *Screening IV* without a hearing on December 18, 2014,

7  ¶ 10, based on judge Chen's vexatious litigant order, ¶ 6. Hence said judges have collaborated

8  to deprive plaintiff of the First Amendment right to petition the government for a redress of

9  grievances, due process of law under the Fifth Amendment, the Seventh Amendment right to a

10  jury trial, and equal protection of the laws under the Fourteenth Amendment. Both judges have

11  acted under color of judicial immunity as well.

### TWENTY-SEVENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Rogers, judge Chen, and FPMG Brennan

14       c27.    Judge Rogers dismissed *Screening V* without a hearing on April 6, 2015, ¶ 11,

15  based on judge Chen's vexatious litigant order, ¶ 6. Said judges have colluded with FPMG

16  Brennan to deny plaintiff the First Amendment right to petition the government for a redress

17  of grievances, due process of law under the Fifth Amendment, the Seventh Amendment right

18  to a jury trial, and equal protection of the laws under the Fourteenth Amendment. Furthermore,

19  said defendants have acted under color of judicial or executive immunity respectively.

### TWENTY-EIGHTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against Santa Clara County, assessor Stone, and clerk Tonini

22       c28.    After plaintiff's spouse transferred her interest in their residence to plaintiff on

23  June 15, 2016, the county assessor's office terminated plaintiff's homeowner's exemption for the

24  ensuing tax years without a hearing, ¶ 12. Santa Clara County, assessor Stone, and clerk Tonini

25  have collaborated to deny plaintiff the First Amendment right to petition the government for a

26  redress of grievances, the Fourth Amendment right against unreasonable seizures, due process

1    of law under the Fifth Amendment, as well as equal protection of the laws under the Fourteenth

2    Amendment. Besides, both assessor Stone and clerk Tonini have acted under color of executive

3    immunity.

### TWENTY-NINTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against FCAG Harris, analyst McCrickard, DA Rosen, and DDA Chase

6        c29.    Either CAGO or the DA's office has failed to take action to respond to plaintiff's

7    October 7, 2016, crime report, ¶ 13. FCAG Harris, analyst McCrickard, DA Rosen, and DDA

8    Chase have colluded to deprive plaintiff of the First Amendment right to petition the government

9    for a redress of grievances, due process of law under the Fifth Amendment, and equal protection

10    of the laws under the Fourteenth Amendment. Moreover, said defendants have acted under color

11    of prosecutorial immunity.

### THIRTIETH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Orrick, FAG Sessions, and FUSA Stretch

14        c30.    On April 3, 2017, judge Orrick denied plaintiff's motion to intervene in *Sanctuary*

15    *County* without a hearing, ¶ 14. Said judge has conspired with both FAG Sessions and FUSA

16    Stretch to deny plaintiff the First Amendment right to petition the government for a redress of

17    grievances, due process of law under the Fifth Amendment, and equal protection of the laws

18    under the Fourteenth Amendment. Besides, said defendants have acted under color of judicial or

19    executive immunity respectively.

### THIRTY-FIRST CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against former marshal O'Keefe, deputy marshal Harwell, CSO Yamaguchi,
### CSO Guttoruson, ACSO, former sheriff Ahern, SRJ, judge van Keulen,
### officer Lew, deputy clerk Salinas-Harwell, deputy clerk Kratzmann,
### former U.S. attorney Stretch, AUSA Nedrow, former AUSA Vieira,
### AUSA Perez, and attorney Thompson

26        c31.    On May 1, 2017, USMO booked plaintiff into jail so USAO instituted a criminal

27    action against him with the district court the next day. ¶ 14-1. In doing so, then marshal O'Keefe

28    and deputy marshal Harwell have conspired with CSO Yamaguchi, CSO Guttoruson, ACSO,

1    then sheriff Ahern, SRJ, judge van Keulen, officer Lew, deputy clerk Salinas-Harwell, deputy

2    clerk Kratzmann, then U.S. attorney Stretch, AUSA Nedrow, then AUSA Vieira, AUSA Perez,

3    and attorney Thompson so as to deny plaintiff the Fourth Amendment right against unreasonable

4    seizures, due process of law under the Fifth Amendment, and equal protection of the laws under

5    the Fourteenth Amendment. Moreover, said defendants have acted under color of prosecutorial,

6    judicial, quasi-judicial, or executive immunity respectively.

7    **THIRTY-SECOND CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
8    **against former U.S. attorney Stretch, former AUSA Becker, former AUSA Kaleba,**
9    **judge van Keulen, and attorney Thompson**

10    c32.    On May 11, 2017, USAO filed an indictment in *Trap*. ¶ 14-2. Then U.S. attorney

11    Stretch, then AUSA Becker, and then AUSA Kaleba have colluded with judge van Keulen and

12    attorney Thompson to deprive plaintiff of the Fourth Amendment right against unreasonable

13    seizures, due process of law under the Fifth Amendment, and equal protection of the laws under

14    the Fourteenth Amendment. Besides, said defendants have acted under color of prosecutorial,

15    judicial or executive immunity respectively.

16    **THIRTY-THIRD CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
17    **against judge Chesney, judge Freeman, judge Koh, judge van Keulen,**
18    **judge Spero, and former clerk Soong**

19    c33.    On May 12, 2017, then clerk Soong reassigned *Trap* to judge Chesney. ¶ 14-3.

20    Said judge has collaborated with judge Freeman, judge Koh, judge van Keulen, judge Spero, and

21    then clerk Soong to continue violations of plaintiff's civil rights as set forth in ¶¶ c31, c32. Said

22    defendants have acted under color of judicial or quasi-judicial immunity as well.

23    **THIRTY-FOURTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
24    **against judge Chesney, judge Spero, deputy clerk Geiger, deputy clerk Hom,**
25    **FAG Sessions, former U.S. attorney Stretch, AUSA Nedrow, former AUSA Kaleba,**
26    **former AUSA Lee, officer Libby, former marshal O'Keefe, deputy marshal Harwell,**
27    **former acting commissioner Colvin, former administrator Verma, SCMC, ACSO,**
28    **former sheriff Ahern, SRJ, SVDPS, officer Hartley, and attorney Thompson**

29    c34.    On August 24, 2017, judge Chesney ordered plaintiff's commitment to federal

1  custody for competency evaluation. ¶ 14-6. Said judge has conspired with judge Spero, deputy

2  clerk Geiger, deputy clerk Hom, FAG Sessions, then U.S. attorney Stretch, AUSA Nedrow, then

3  AUSA Kaleba, then AUSA Lee, officer Libby, then marshal O'Keefe, deputy marshal Harwell,

4  then acting commissioner Colvin, then administrator Verma, SCMC, ACSO, then sheriff Ahern,

5  SRJ, SVDPS, officer Hartley, and attorney Thompson to deny plaintiff the Fourth Amendment

6  right against unreasonable seizures, the Fifth Amendment right against self-incrimination, and

7  equal protection of the laws under the Fourteenth Amendment. Moreover, said defendants have

8  acted under color of judicial, quasi-judicial, prosecutorial or executive immunity respectively.

9    **THIRTY-FIFTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
10   **against judge Boyle, judge Chesney, former warden Holland, and ADO Pittella**

11      c35.      Judge Boyle dismissed *Habeas Corpus* without a hearing on September 19, 2018.

12  ¶ 14-9. Said judge has colluded with judge Chesney, then warden Holland, and ADO Pittella so

13  as to deprive plaintiff of the Fourth Amendment right against unreasonable seizures, due process

14  of law under the Fifth Amendment, the Fifth Amendment right against self-incrimination, and

15  equal protection of the laws under the Fourteenth Amendment. Said defendants have acted under

16  color of judicial or executive immunity as well.

17     **THIRTY-SIXTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
18     **against judge Chesney, former U.S. attorney Tse, SRJ, ADO Pittella,**
19     **CDMV, director Gordon, CFTB, former controller Yee, chair Vazquez,**
20     **former director Bosler, DTAC, former director Olaiya, city of Sunnyvale,**
21     **manager Napier, PG&E, State Farm, agent Ching, and attorney Thompson**

22      c36.      Judge Chesney ordered plaintiff's immediate discharge from federal custody on

23  October 31, 2018. ¶ 14-10. CFTB turned plaintiff's 2019 state income tax refund over to CDMV

24  under the state DMV-FTB Registration Collections Program on September 27, 2021. ¶ 36. Said

25  judge has collaborated with then U.S. attorney Tse, SRJ, ADO Pittella, CDMV, director Gordon,

26  CFTB, then controller Yee, chair Vazquez, then director Bosler, DTAC, then director Olaiya, the

27  city, manager Napier, PG&E, State Farm, agent Ching, and attorney Thompson to deny plaintiff

1    the Sixth Amendment rights to a speedy and public trial as well as the assistance of counsel for

2    his defense and equal protection of the laws under the Fourteenth Amendment. Moreover, said

3    federal, state, or county defendants have acted under color of judicial, prosecutorial or executive

4    immunity respectively.

5    **THIRTY-SEVENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
6    **against CDMV, director Gordon, and Metromile**

7    c37.    On August 17, 2023, CDMV mailed plaintiff a Notice of Suspension of his car

8    registration effective August 21, 2023. ¶ 36-1. CDMV and director Gordon have colluded with

9    Metromile to deny plaintiff the Fourth Amendment right against unreasonable seizures and due

10   process of law as well as equal protection of the laws under the Fourteenth Amendment. Said

11   state defendants have acted under color of executive immunity as well.

12   **THIRTY-EIGHTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
13   **against president Biden, AG Garland, governor Newsom, ADO Pittella,**
14   **former marshal O'Keefe, and deputy marshal Harwell**

15   c38.    Three months after winning his recall election, governor Newsom announced the

16   appointment of former marshal O'Keefe as chief of law enforcement for the Governor's Office

17   of Emergency Services on December 15, 2021. ¶ 14-11. Nonetheless, president Biden has yet to

18   nominate a replacement to head USMO. The president has conspired with AG Garland, governor

19   Newsom, ADO Pittella, former marshal O'Keefe, and deputy marshal Harwell in order to deny

20   plaintiff civil rights as set forth in ¶¶ c31, c34. Besides, said defendants have acted under color

21   of presidential, executive or prosecutorial immunity respectively.

22   **THIRTY-NINTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
23   **against judge Freeman, judge Chen, FUSA Anderson, former AUSA Winslow,**
24   **AUSA Scharf, CCO, FCC Williams, DCC Sandoval, and DCC Dhadialla**

25   c39.    On February 26, 2020, judge Freeman dismissed *County I* without a hearing, ¶ 15.

26   Said judge has collaborated with judge Chen, FUSA Anderson, former AUSA Winslow, AUSA

27   Scharf, CCO, FCC Williams, DCC Sandoval, and DCC Dhadialla so as to deprive plaintiff of the

1    First Amendment right to petition the government for a redress of grievances, due process of law

2    under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection of

3    the laws under the Fourteenth Amendment. Said defendants have acted under color of judicial or

4    executive immunity as well.

5    
6    
## FORTIETH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
## against judge Hamilton, former clerk Soong, and manager Puli

7    c40.    The clerk's office of the district court has yet to file the complaint which plaintiff

8    delivered on October 28, 2020, ¶ 17. Judge Hamilton, acting as then chief judge of the district

9    court, has colluded with both former clerk Soong and manager Puli to deny plaintiff the First

10   Amendment right to petition the government for a redress of grievances, due process of law

11   under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection

12   of the laws under the Fourteenth Amendment. Moreover, said defendants have acted under color

13   of judicial or quasi-judicial immunity respectively.

14   
15   
16   
17   
## FORTY-FIRST CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
## against judge Freeman, judge DeMarchi, FCAG Becerra, DCAG Vincent,
## DCAG Curtis, DCAG Pasquali, manager Puli, deputy clerk Walton,
## and deputy clerk Miyashiro

18   c41.    Based on judge Freeman's screening order, ¶ 15, the clerk's office of the district

19   court dismissed *County III* on December 22, 2020, ¶ 18. Hence said judge has collaborated with

20   judge DeMarchi, FCAG Becerra, DCAG Vincent, DCAG Curtis, DCAG Pasquali, manager Puli,

21   deputy clerk Walton, and deputy clerk Miyashiro to deprive plaintiff of the First Amendment

22   right to petition the government for a redress of grievances, due process of law under the Fifth

23   Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under

24   the Fourteenth Amendment. Said defendants have acted under color of judicial, executive or

25   quasi-judicial immunity as well.

26

1
2

**FORTY-SECOND CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against registrar Bushey, assessor Stone, and DA Rosen**

3       c42.    Dismissal of *County III* has implicated registrar Bushey for having certified the

4    2018 re-elections of both assessor Stone and DA Rosen. Said officials have conspired to prolong

5    infringement of plaintiff's civil rights as set forth in ¶¶ c28-c29. Moreover, named defendants

6    have acted under color of executive or prosecutorial immunity respectively.

7
8

**FORTY-THIRD CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against FCAG Becerra, DA Rosen, and DDA Chase**

9       c43.    FCAG Becerra has blindly supported the DA's office in *Sheriff's Election*, ¶ 16.

10   Said FCAG has conspired with DA Rosen and DDA Chase to sustain violation of plaintiff's civil

11   rights as set forth in ¶ c29. Furthermore, said defendants have acted under color of prosecutorial

12   immunity.

13
14

**FORTY-FOURTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against CAG Bonta, CCO, FCC Williams, DA Rosen, DDA Chase, and registrar Bushey**

15      c44.    On November 2, 2022, a civil grand jury in San Mateo County convicted former

16   sheriff Smith of six counts of corruption and willful misconduct, ¶ 16-2. The conviction admits

17   to the illegitimacy of the 2022 general election in Santa Clara County. CAG Bonta, CCO, FCC

18   Williams, DA Rosen, DDA Chase, and registrar Bushey have collaborated to deprive plaintiff of

19   civil rights as set forth in ¶ c28-c29. Besides, said defendants have acted under color of executive

20   or prosecutorial immunity respectively.

21
22

**FORTY-FIFTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against former CSS Padilla and VP Harris**

23      c45.    Dismissal of *County III* has incriminated former CSS Padilla for having certified

24   FCAG Harris' election to the U.S. Senate in 2016 as well as her election as vice president-elect

25   of this nation in 2020. Hence former CSS Padilla has colluded with VP Harris to legitimize the

26   violation of plaintiff's civil rights as set forth in ¶ c29. Furthermore, said defendants have acted

1  under color of executive or prosecutorial immunity respectively.

### FORTY-SIXTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against president Biden and secretary Becerra

5  c46.   Dismissal of *County III* has implicated president Biden for having selected FCAG

6  Becerra to head the Department of Health and Human Services in his administration. Therefore,

7  president Biden have collaborated with secretary Becerra to continue infringement of plaintiff's

8  civil rights as set forth in ¶ c41. Moreover, both defendants have acted under color of presidential

9  or prosecutorial immunity respectively.

### FORTY-SEVENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against governor Newsom and senator Padilla

12  c47.   Dismissal of *County III* has illegitimatized the appointment of then CSS Padilla to

13  fill VP Harris' senate seat, ¶ 20. Governor Newsom has conspired with said senator to prolong

14  violation of plaintiff's civil rights as set forth in ¶ c45. Besides, both defendants have acted under

15  color of executive immunity.

### FORTY-EIGHTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against governor Newsom and senator Butler

18  c48.   On October 3, 2023, governor Newsom named senator Butler to fill the vacancy

19  left in the U.S. Senate by the death of her predecessor. ¶ 71. Said governor has colluded with

20  senator Butler so as to sustain violation of plaintiff's civil rights as set forth in ¶ c47. Moreover,

21  governor Newsom has acted under color of executive immunity.

### FORTY-NINTH CUASE OF ACTION - CIVIL RIGHTS VIOLATION
### against FAG Barr

24  c49.   Plaintiff petitioned FAG Barr to intervene in *County III* on November 24, 2020.

25  However, said FAG resigned from office on December 23, 2020, ¶ 21, without responding to the

26  petition. Thus, FAG Barr has colluded with then president-elect Biden to deprive plaintiff of the

27  First Amendment right to petition the government for a redress of grievances, due process of law

1  under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection

2  of the laws under the Fourteenth Amendment. Furthermore, said FAG has acted under color of

3  prosecutorial immunity.

4          **FIFTIETH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
5      **against former CSS Padilla, former speaker Pelosi, and representatives Huffman,**
6      **Garamendi, Thompson, Matsui, Bera, Harder, DeSaulnier, Lee, Swalwell, Costa,**
7      **Khanna, Eshoo, Lofgren, Panetta, Carbajal, Brownley, Chu, Schiff, Cardenas,**
8      **Sherman, Aguilar, Napolitano, Lieu, Gomez, Torres, Ruiz, Sanchez, Takano,**
9      **Waters, Barragan, Porter, Correa, Levin, Vargas, Peters, and Jacobs**

10      c50.    The U.S. House of Representatives voted on January 13, 2021 to impeach former

11  president Trump, ¶ 26. As then CSS Padilla has certified the elections of former speaker Pelosi

12  as well as representatives Huffman, Garamendi, Thompson, Matsui, Bera, Harder, DeSaulnier,

13  Lee, Swalwell, Costa, Khanna, Eshoo, Lofgren, Panetta, Carbajal, Brownley, Chu, Schiff,

14  Cardenas, Sherman, Aguilar, Napolitano, Lieu, Gomez, Torres, Ruiz, Sanchez, Takano, Waters,

15  Barragan, Porter, Correa, Levin, Vargas, Peters, and Jacobs, said members of the House have

16  conspired to cast their votes to prolong violation of plaintiff's civil rights as set forth in ¶¶ c45-

17  c47. Said defendants have acted under color of legislative immunity as well.

18      **FIFTY-FIRST CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
19      **against representatives Nadler, Raskin, Castro, Cicilline, Dean,**
20      **DeGette, Lieu, Neguse, and Swalwell**

21      c51.    The House commenced the second impeachment trial against former president

22  Trump on January 25, 2021, ¶ 28. Thus, representatives Nadler, Raskin, Castro, Cicilline, Dean,

23  DeGette, Lieu, Neguse, and Swalwell have conspired to sustain violation of plaintiff's civil

24  rights as set forth in ¶¶ c45-c47. Besides, said defendants have acted under color of legislative

25  immunity.

26      **FIFTY-SECOND CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
27      **against Facebook**

28      c52.    Facebook extended indefinitely the block on former president Trump's account on

1    January 7, 2021, ¶ 24, but the block was lifted this year, ¶ 24-1. Said defendant has prolonged

2    infringement of plaintiff's civil rights as set forth in ¶¶ c45-c47.

### FIFTY-THIRD CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against Google

5    c53.    Google suspended former president Trump's YouTube account On January 12,

6    2021, ¶ 25. Yet the account was reinstated this year, ¶ 25-1. Thus, said defendant has sustained

7    violation of plaintiff's civil rights as set forth in ¶¶ c45-c47.

### FIFTY-FOURTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against commissioner Fitzgerald, clerk Dwyer, deputy clerk Dela Cruz,
### FCAG Becerra, FCAG Harris, analyst McCrickard, DCAG Curtis,
### DCAG Pasquali, Santa Clara County, DA Rosen, DDA Chase,
### assessor Stone, CCO, FCC Williams, and DCC Martinez

13    c54.    On April 7, 2021, commissioner Fitzgerald denied plaintiff's motion in *Appeal II*

14    for summary reversal of dismissing *County III* without a hearing, ¶ 30. Said commissioner has

15    collaborated with clerk Dwyer, deputy clerk Dela Cruz, FCAG Becerra, FCAG Harris, analyst

16    McCrickard, DCAG Curtis, DCAG Pasquali, Santa Clara County, DA Rosen, DDA Chase,

17    assessor Stone, CCO, FCC Williams, and DCC Martinez so as to deprive plaintiff of the First

18    Amendment right to petition the government for a redress of grievances, due process of law

19    under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection of

20    the laws under the Fourteenth Amendment. Moreover, said defendants have acted under color of

21    judicial, quasi-judicial, prosecutorial or executive immunity respectively.

### FIFTY-FIFTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against chief justice Roberts and judges Howard, Livingston, Underhill,
### Chagares, Wolfson, Gregory, Bailey, Richman, Hicks, Sutton, Lioi,
### Sykes, DeGuilio, Lavenski Smith, Tunheim, Murguia, Kobayashi,
### Tymkovich, Eagan, Pryor, Coogler, Srinivasan, Howell, and Moore

27    c55.    The Judicial Conference of the United States has evaded modifying or abrogating

28    Circuit Rule 27-7 of the Ninth Circuit authorizing commissioner Fitzgerald to deny plaintiff's

29    motion in *Appeal II* for summary reversal of dismissing *County III*, ¶ 30. Thus, chief justice

1 Roberts as well as judges Howard, Livingston, Underhill, Chagares, Wolfson, Gregory, Bailey,

2 Richman, Hicks, Sutton, Lioi, Sykes, DeGuilio, Lavenski Smith, Tunheim, Murguia, Kobayashi,

3 Tymkovich, Eagan, Pryor, Coogler, Srinivasan, Howell, and Moore have conspired to deprive

4 plaintiff of civil rights as set forth in ¶ c54. Furthermore, said defendants have acted under color

5 of judicial immunity.

6 **FIFTY-SIXTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
7 **against judge Paez and judge Forrest**

8 c56.    On May 11, 2021, judge Paez and judge Forrest denied plaintiff's three additional

9 motions in *Appeal II* for summary reversal of dismissing *County III* without a hearing, ¶ 31. Said

10 judges have colluded in order to deprive plaintiff of the First Amendment right to petition the

11 government for a redress of grievances, due process of law under the Fifth Amendment, the

12 Seventh Amendment right to a jury trial, and equal protection of the laws under the Fourteenth

13 Amendment. Both judges have acted under color of judicial immunity as well.

14 **FIFTY-SEVENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
15 **against chief justice Roberts and judges Howard, Livingston, Underhill,**
16 **Chagares, Wolfson, Gregory, Bailey, Richman, Hicks, Sutton, Lioi,**
17 **Sykes, DeGuilio, Lavenski Smith, Tunheim, Kobayashi, Murguia,**
18 **Tymkovich, Eagan, Pryor, Coogler, Srinivasan, Howell, and Moore**

19 c57.    The Judicial Conference of the United States has failed to modify or abrogate

20 Federal Rule of Appellate Procedure 27(e) resulting in denials of plaintiff's three additional

21 motions in *Appeal II* for summary reversal of dismissing *County III*, ¶ 31. Thus, chief justice

22 Roberts as well as judges Howard, Livingston, Underhill, Chagares, Wolfson, Gregory, Bailey,

23 Richman, Hicks, Sutton, Lioi, Sykes, DeGuilio, Lavenski Smith, Tunheim, Kobayashi, Murguia,

24 Tymkovich, Eagan, Pryor, Coogler, Srinivasan, Howell, and Moore have conspired to deprive

25 plaintiff of civil rights as set forth in ¶ c56. Moreover, said defendants have acted under color of

26 judicial immunity.

27

1
2

## FIFTY-EIGHTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Thomas and FCE Smith

3          c58.    On July 6, 2021, FCE Smith returned plaintiff's judicial misconduct complaint

4     against judge Paez and judge Forrest for correction, ¶ 32. Hence judge Thomas, acting as then

5     chief judge of the Ninth Circuit, and FCE Smith have collaborated to deny plaintiff the First

6     Amendment right to petition the government for a redress of grievances, due process of law

7     under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection

8     of the laws under the Fourteenth Amendment. Besides, said defendants have acted under color

9     of judicial or executive immunity respectively.

10
11
12

## FIFTY-NINTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judges Kozinski, Wallace, Thomas, Tallman, Clifton,
### Beistline, King, Wilken, Ishii, and McNamee

13          c59.    On July 6, 2021, FCE Smith returned plaintiff's judicial misconduct complaint

14     against judge Paez and judge Forrest because of the Ninth Circuit judicial council's September

15     18, 2013, pre-filing review order, ¶ 32. Therefore, judges Kozinski, Wallace, Thomas, Tallman,

16     Clifton, Beistline, King, Wilken, Ishii, and McNamee have colluded to deprive plaintiff of civil

17     rights as set forth in ¶ c58. Said defendants have acted under color of judicial immunity as well.

18
19
20

## SIXTIETH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against chief justice Roberts, justice Breyer, and judges
### Barker, Bowman, Hornby, and Wilkinson

21          c60.    Chief justice Roberts has appointed the Judicial Conduct and Disability Act Study

22     Committee of the Judicial Conference of the United States in implementing said Act. The chief

23     justice, justice Breyer, as well as judges Barker, Bowman, Hornby, and Wilkinson have colluded

24     to deny plaintiff civil rights as set forth in ¶¶ c58-c59. Furthermore, said defendants have acted

25     under color of judicial immunity.

26

1
2

**SIXTY-FIRST CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against AG Garland on behalf of members of the 107th Congress**

3       c61.    The 107th Congress enacted in 2002 the Judicial Conduct and Disability Act of

4    1980 as implemented in ¶ c60. Members of said Congress have collaborated to deprive plaintiff

5    of civil rights as set forth in ¶¶ c58-c60. Moreover, said defendants have acted under color of

6    legislative immunity.

7
8

**SIXTY-SECOND CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against judges Watford, Bennett, and VanDyke**

9       c62.    Circuit judges Watford, Bennett, and VanDyke denied a motion in *Appeal II* for

10    summary reversal of dismissing *County III* without a hearing on July 13, 2021, ¶ 33. Said judges

11    have conspired so as to deny plaintiff the First Amendment right to petition the government for a

12    redress of grievances, due process of law under the Fifth Amendment, the Seventh Amendment

13    right to a jury trial, and equal protection of the laws under the Fourteenth Amendment. Besides,

14    said defendants have acted under color of judicial immunity.

15
16
17
18
19

**SIXTY-THIRD CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against chief justice Roberts and judges Howard, Livingston, Underhill,**
**Chagares, Wolfson, Gregory, Bailey, Richman, Hicks, Sutton, Lioi,**
**Sykes, DeGuilio, Lavenski Smith, Tunheim, Kobayashi, Murguia,**
**Tymkovich, Eagan, Pryor, Coogler, Srinivasan, Howell, and Moore**

20       c63.    The Judicial Conference of the United States has evaded modifying or abrogating

21    Federal Rule of Appellate Procedure 34(a)(2), leading to issuance of the judgment in *Appeal II*

22    without a hearing, ¶ 33. Therefore, chief justice Roberts as well as judges Howard, Livingston,

23    Underhill, Chagares, Wolfson, Gregory, Bailey, Richman, Hicks, Sutton, Lioi, Sykes, DeGuilio,

24    Lavenski Smith, Tunheim, Kobayashi, Murguia, Tymkovich, Eagan, Pryor, Coogler, Srinivasan,

25    Howell, and Moore have colluded to deprive plaintiff of civil rights as set forth in ¶ c62. Said

26    defendants have acted under color of judicial immunity as well.

27

1
2
3
4
5
6
7
8

**SIXTY-FOURTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against judges Thomas, Wallace, Schroeder, Dorothy Nelson, Canby,**
**O'Scannlain, Trott, Fernandez, Kleinfeld, Hawkins, Silverman,**
**Tashima, Graber, McKeown, Wardlaw, Fletcher, Gould, Paez,**
**Berzon, Tallman, Rawlinson, Clifton, Bybee, Callahan, Bea,**
**Milan Smith, Ikuta, Randy Smith, Murguia, Christen, Nguyen,**
**Watford, Hurwitz, Owens, Friedland, Bennett, Ryan Nelson, Miller,**
**Bade, Collins, Lee, Bress, Forrest, Bumatay, and VanDyke**

9       c64.    On October 14, 2021, the Ninth Circuit denied plaintiff's petition for rehearing en

10   banc in *Appeal II* without a hearing, ¶ 34. Thus, judges Thomas, Wallace, Schroeder, Dorothy

11   Nelson, Canby, O'Scannlain, Trott, Fernandez, Kleinfeld, Hawkins, Silverman, Tashima,

12   Graber, McKeown, Wardlaw, Fletcher, Gould, Paez, Berzon, Tallman, Rawlinson, Clifton,

13   Bybee, Callahan, Bea, Milan Smith, Ikuta, Randy Smith, Murguia, Christen, Nguyen, Watford,

14   Hurwitz, Owens, Friedland, Bennett, Ryan Nelson, Miller, Bade, Collins, Lee, Bress, Forrest,

15   Bumatay, and VanDyke have collaborated in order to deprive plaintiff of the First Amendment

16   right to petition the government for a redress of grievances, due process of law under the Fifth

17   Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under

18   the Fourteenth Amendment. And said defendants have acted under color of judicial immunity.

19
20
21
22
23

**SIXTY-FIFTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against chief justice Roberts and judges Howard, Livingston, Underhill,**
**Chagares, Wolfson, Gregory, Bailey, Richman, Hicks, Sutton, Lioi,**
**Sykes, DeGuilio, Lavenski Smith, Tunheim, Kobayashi, Murguia,**
**Tymkovich, Eagan, Pryor, Coogler, Srinivasan, Howell, and Moore**

24       c65.    The Judicial Conference of the United States has failed to modify or abrogate

25   Federal Rule of Appellate Procedure 35 resulting in denial of the petition for rehearing en banc

26   in *Appeal II* without a hearing, ¶ 34. Chief justice Roberts as well as judges Howard, Livingston,

27   Underhill, Chagares, Wolfson, Gregory, Bailey, Richman, Hicks, Sutton, Lioi, Sykes, DeGuilio,

28   Lavenski Smith, Tunheim, Kobayashi, Murguia, Tymkovich, Eagan, Pryor, Coogler, Srinivasan,

29   Howell, and Moore have conspired to deprive plaintiff of civil rights as set forth in ¶ c64. Said

30   defendants have acted under color of judicial immunity as well.

1
2
3

**SIXTH-SIXTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
against judge Huber, judge Rudy, attorney Mikkelsen, CAG Bonta,
DCAG Curtis, DCAG Pasquali, CCO, FCC Williams, and DCC Martinez**

4       c66.    On August 31, 2021, judge Huber formalized judge Rudy's tentative ruling in

5   *State I*, ¶ 27-4. Hence both judges have colluded with attorney Mikkelsen, CAG Bonta, DCAG

6   Curtis, DCAG Pasquali, CCO, FCC Williams, as well as DCC Martinez so as to deprive plaintiff

7   of the First Amendment right to petition the government for a redress of grievances, the Seventh

8   Amendment right to a jury trial, and due process of law as well as equal protection of the laws

9   under the Fourteenth Amendment. Besides, said defendants have acted under color of judicial or

10  executive immunity respectively.

11
12

**SIXTY-SEVENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
against CAG Bonta for State of California, former governor Brown, and State Bar**

13      c67.    With support from then governor Brown and the State Bar, the state legislature

14  adopted in 1963 the vexatious litigant statute, California Code of Civil Procedure §§ 391-391.8,

15  enabling the vexatious litigant motions in *State I*, ¶¶ 27-1 through 27-4. The state legislature has

16  collaborated with former governor Brown and the State Bar to deny plaintiff civil rights as set

17  forth in ¶ c66. Furthermore, said defendants have acted under color of legislative or executive

18  immunity respectively.

19
20
21

**SIXTY-EIGHTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
against judge Chen, judge Freeman, FUSA Hinds, AUSA Lo, AUSA Johann,
CAG Bonta, DCAG Curtis, DCAG Pasquali, CCO, FCC Williams, and DCC Martinez**

22      c68.    On October 14, 2021, judge Chen stayed the time for defendants in *Removal II* to

23  answer or respond to the complaint pending pre-filing review, ¶ 38, as ordered by judge Freeman

24  in *County I*, ¶ 15. Both judges have conspired with FUSA Hinds, AUSA Lo, AUSA Johann,

25  CAG Bonta, DCAG Curtis, DCAG Pasquali, CCO, FCC Williams, and DCC Martinez to deny

26  plaintiff the First Amendment right to petition the government for a redress of grievances, due

27  process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

1  equal protection of the laws under the Fourteenth Amendment. Besides, said defendants have

2  acted under color of judicial or executive immunity respectively.

3  **SIXTY-NINTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
4  **against judge Rogers, judge Beeler, deputy clerk Shambaugh, FUSA Hinds,**
5  **AUSA Lo, AUSA Johann, CAG Bonta, DCAG Curtis, DCAG Pasquali,**
6  **CCO, FCC Williams, and DCC Martinez**

7      c69.    Judge Rogers dismissed *Removal II* without a hearing on February 10, 2022, ¶ 41.

8  Said judge has colluded with judge Beeler, deputy clerk Shambaugh, FUSA Hinds, AUSA Lo,

9  AUSA Johann, CAG Bonta, DCAG Curtis, DCAG Pasquali, CCO, FCC Williams, and DCC

10  Martinez so as to deprive plaintiff of the First Amendment right to petition the government for a

11  redress of grievances, due process of law under the Fifth Amendment, the Seventh Amendment

12  right to a jury trial, and equal protection of the laws under the Fourteenth Amendment. And said

13  defendants have acted under color of judicial, quasi-judicial or executive immunity respectively.

14  **SEVENTIETH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
15  **against judges Murguia, Hawkins, Christen, Ikuta, Friedland,**
16  **Miller, Gutierrez, Morris, Du, and Hamilton**

17      c70.    The Ninth Circuit Judicial Council has evaded modifying or abrogating Civil

18  Local Rule 7-1(b) of the district court culminating in dismissal of *Removal II* without a hearing,

19  ¶ 41. Thus, judges Murguia, Hawkins, Christen, Ikuta, Friedland, Miller, Gutierrez, Morris, Du,

20  and Hamilton have conspired to deny plaintiff civil rights as set forth in ¶ c69. Furthermore, said

21  judges have acted under color of judicial immunity.

22  **SEVENTY-FIRST CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
23  **against CSS Weber, governor Newsom, president Biden,**
24  **former president Obama, VP Harris, and senator Padilla**

25      c71.    On October 22, 2021, CSS Weber certified the results of governor Newsom's

26  recall election that year, ¶ 39. Said CSS has collaborated with governor Newsom, president

27  Biden, former president Obama, VP Harris, and senator Padilla to sustain violation of plaintiff's

28  civil rights as set forth in ¶¶ c17, c29, c45-c48. Besides, said defendants have acted under color

1    of presidential, executive or legislative immunity respectively.

2    **SEVENTY-SECOND CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
3    **against president Biden and judge Koh**

4    c72.    The Senate confirmed judge Koh's nomination to the Ninth Circuit on December

5    13, 2021, ¶ 40. Therefore, president Biden has conspired with judge Koh to prolong infringement

6    of plaintiff's civil rights as set forth in ¶¶ c19, c33, c46, c71. Besides, said defendants have acted

7    under color of presidential or judicial immunity respectively.

8    **SEVENTY-THIRD CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
9    **against judge Freeman, judge Cousins, former clerk Soong,**
10   **deputy clerk Walton, CCO, FCC Williams, and DCC Martinez**

11   c73.    On May 10, 2022, judge Freeman granted CCO's motion to dismiss in *State III*

12   without a hearing, ¶ 44. Said judge has colluded with judge Cousins, former clerk Soong, deputy

13   clerk Walton, CCO, FCC Williams, and DCC Martinez to deny plaintiff the First Amendment

14   right to petition the government for a redress of grievances, due process of law under the Fifth

15   Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under

16   the Fourteenth Amendment. Said defendants have also acted under color of judicial, executive or

17   quasi-judicial immunity respectively.

18   **SEVENTY-FOURTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
19   **against judges Murguia, Hawkins, Christen, Ikuta, Friedland,**
20   **Miller, Gutierrez, Morris, Du, and Hamilton**

21   c74.    On May 10, 2022, judge Freeman dismissed the FAC in *State III* under Civil

22   Local Rule 5-1(b) of the district court even though said judge had reviewed and approved for

23   filing the initial complaint based on her own screening order, ¶ 15. The Ninth Circuit Judicial

24   Council has failed to modify or abrogate the local rule authorizing dismissal of said FAC without

25   all jurisdiction. Judges Murguia, Hawkins, Christen, Ikuta, Friedland, Miller, Gutierrez, Morris,

26   Du, and Hamilton have conspired to deny plaintiff civil rights as set forth in ¶ c73. Furthermore,

27   said judges have acted under color of judicial immunity.

1
2

**SEVENTY-FIFTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against judge Tigar and judge Freeman**

3      c75.    On June 14, 2022, judge Tigar denied plaintiff's first motion to disqualify judge

4    Freeman from *State III* without a hearing, ¶ 47. Said judges have collaborated to deprive plaintiff

5    of the First Amendment right to petition the government for a redress of grievances, due process

6    of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, as well as equal

7    protection of the laws under the Fourteenth Amendment. Moreover, both defendants have acted

8    under color of judicial immunity.

9
10
11

**SEVENTY-SIXTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against judge Freeman, judge Tigar, AG Garland, FUSA Hinds,**
**AUSA Lo, and AUSA Bernardoni**

12      c76.    On June 29, 2022, judge Freeman granted USAO's motion to dismiss in *State III*

13    without a hearing, ¶ 48. Said judge has conspired with judge Tigar, AG Garland, FUSA Hinds,

14    AUSA Lo, and AUSA Bernardoni so as to deny plaintiff the First Amendment right to petition

15    the government for a redress of grievances, due process of law under the Fifth Amendment, the

16    Seventh Amendment right to a jury trial, and equal protection of the laws under the Fourteenth

17    Amendment. Besides, said defendants have acted under color of judicial or executive immunity

18    respectively.

19
20
21

**SEVENTY-SEVENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against judge Orrick, judge Seeborg, judge Freeman, Comcast,**
**AT&T, Dr. David Poon, Dr. Alan Poon, Dr. Au, and Dr. Yu**

22      c77.    On August 18, 2022, judge Orrick denied plaintiff's second and third motions to

23    disqualify judge Freeman from *State III* without a hearing, ¶ 49. Both judges have colluded with

24    judge Seeborg, Comcast, AT&T, Dr. David Poon, Dr. Alan Poon, Dr. Au, and Dr. Yu to deprive

25    plaintiff of the First Amendment right to petition the government for a redress of grievances, due

26    process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

27    equal protection of the laws under the Fourteenth Amendment. Furthermore, said judges have

1    acted under color of judicial immunity.

2           **SEVENTY-EIGHTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
3                        **against judge Breyer and FUSA Haag**

4           c78.    On July 8, 2014, judge Breyer denied plaintiff's motion to intervene in *Criminal I*

5    without a hearing, ¶ 8-1. Said judge has conspired with FUSA Haag to deprive plaintiff of the

6    First Amendment right to petition the government for a redress of grievances, due process of law

7    under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection of

8    the laws under the Fourteenth Amendment. Said defendants have acted under color of judicial or

9    prosecutorial immunity as well.

10          **SEVENTY-NINTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
11          **against judge Breyer, judge Freeman, clerk Busby, FUSA Hinds, AUSA Lo, AUSA**
12          **Bernardoni, CAG Bonta, DCAG Gasbarro, DTAC, director Rodriguez,**
13          **CCO, DCC Botha, DCC Martinez, Schwab, Ebay, Amazon, Microsoft, and Adobe**

14          c79.    On October 24, 2022, judge Breyer dismissed *Refile I* without a hearing, ¶ 50.

15   Said judge has collaborated with judge Freeman, clerk Busby, FUSA Hinds, AUSA Lo, AUSA

16   Bernardoni, CAG Bonta, DCAG Gasbarro, DTAC, director Rodriguez, CCO, DCC Botha, DCC

17   Martinez, Schwab, Ebay, Amazon, Microsoft, and Adobe to deny plaintiff the First Amendment

18   right to petition the government for a redress of grievances, due process of law under the Fifth

19   Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under

20   the Fourteenth Amendment. Besides, the accused federal, state or county officials have acted

21   under color of judicial, quasi-judicial, or executive immunity respectively.

22          **EIGHTIETH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
23                        **against judge Tigar and judge Breyer**

24          c80.    On September 2, 2022, judge Tigar approved filing of *Refile II*, while dismissed

25   *Refile I* without a hearing, ¶ 52. Therefore, said judge has conspired with judge Breyer to deprive

26   plaintiff of the First Amendment right to petition the government for a redress of grievances, due

27   process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

1    equal protection of the laws under the Fourteenth Amendment. Moreover, both judges have acted

2    under color of judicial immunity.

### EIGHTY-FIRST CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Freeman and judge Tigar

5        c81.    Judge Freeman denied plaintiff's fourth motion to disqualify judge in *State III* on

6    September 6, 2022, without a hearing, ¶ 53. Said judge has colluded with judge Tigar in order to

7    deny plaintiff the First Amendment right to petition the government for a redress of grievances,

8    due process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

9    equal protection of the laws under the Fourteenth Amendment. Besides, both judges have acted

10   under color of judicial immunity.

### EIGHTY-SECOND CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Freeman, clerk Busby, deputy clerk Walton, and deputy clerk Robinson

13       c82.    The district court dismissed the initial complaint in *Refile II* without a hearing on

14   September 26, 2022, ¶ 55. Hence judge Freeman has conspired with clerk Busby, deputy clerk

15   Walton, and deputy clerk Robinson to deprive plaintiff of the First Amendment right to petition

16   the government for a redress of grievances, due process of law under the Fifth Amendment, the

17   Seventh Amendment right to a jury trial, and equal protection of the laws under the Fourteenth

18   Amendment. Furthermore, said defendants have acted under color of judicial or quasi-judicial

19   immunity respectively.

### EIGHTY-THIRD CAUSE OF ACTION - CIVIL RIGHTS VIOLATION
### against judge Freeman, and deputy clerk Walton

22       c83.    The district court has yet to respond to plaintiff's September 26, 2022, motion for

23   permission for electronic case filing in *Refile II*, ¶ 56. Judge Freeman has colluded with deputy

24   clerk Walton to deny plaintiff the First Amendment right to petition the government for a redress

25   of grievances, due process of law under the Fifth Amendment, the Seventh Amendment right to

1  | a jury trial, and equal protection of the laws under the Fourteenth Amendment. Said defendants

2  | have acted under color of judicial or quasi-judicial immunity as well.

3  | **EIGHTY-FOURTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
4  | **against judge Freeman, AG Garland, FUSA Hinds, city of Sunnyvale,**
5  | **and superintendent Sloan**

6  | c84.   The district court dismissed *Refile II* for failure to prosecute without a hearing

7  | on November 23, 2022, ¶ 58. Judge Freeman has collaborated with AG Garland, FUSA Hinds,

8  | the city, and superintendent Sloan to deprive plaintiff of the First Amendment right to petition

9  | the government for a redress of grievances, due process of law under the Fifth Amendment, the

10 | Seventh Amendment right to a jury trial, and equal protection of the laws under the Fourteenth

11 | Amendment. Furthermore, said federal officials have acted under color of judicial or executive

12 | immunity respectively.

13 | **EIGHTY-FIFTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
14 | **against judge Canby, judge Milan Smith, judge Bress, AG Garland, and FUSA Hinds**

15 | c85.   Circuit judges Canby, Milan Smith, and Bress denied plaintiff's three petitions for

16 | a writ of mandamus regarding *Refile II* without a hearing on March 3, 2023, ¶ 63. Hence said

17 | judges have conspired with AG Garland and FUSA Hinds to deny plaintiff the First Amendment

18 | right to petition the government for a redress of grievances, due process of law under the Fifth

19 | Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under

20 | the Fourteenth Amendment. Said defendants have acted under color of judicial or executive

21 | immunity as well.

22 | **EIGHTY-SIXTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
23 | **against judge Freeman, judge van Keulen, AG Garland, FUSA Hinds,**
24 | **AUSA Shenk, attorney Trefz, attorney Coopersmith, attorney Paris,**
25 | **deputy clerk Walton, and defendant Cantu**

26 | c86.   The district court denied both plaintiff's motions to vacate dismissal of *Refile II*

27 | without a hearing on March 6, 2023, ¶ 65. Thus, both judge Freeman and judge van Keulen have

1   conspired with AG Garland, FUSA Hinds, AUSA Shenk, attorney Trefz, attorney Coopersmith,

2   attorney Paris, deputy clerk Walton, and defendant Cantu so as to deprive plaintiff of the First

3   Amendment right to petition the government for a redress of grievances, due process of law

4   under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection

5   of the laws under the Fourteenth Amendment. Besides, said federal defendants have acted under

6   color of judicial, executive, prosecutorial or quasi-judicial immunity respectively.

7   **EIGHTY-SEVENTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
8   **against judge Seeborg, FUSA Hinds, city of Sunnyvale, manager Napier, manager Shain,**
9   **staffer Garduno, Schwab, manager Schmidt, and staffer Hoodecheck**

10   c87.    On March 17, 2023, judge Seeborg dismissed the initial complaint in *Refile III*

11   without leave to amend. ¶ 64-2. Said judge has collaborated with FUSA Hinds, the city, manager

12   Napier, manager Shain, staffer Garduno, Schwab, manager Schmidt, and staffer Hoodecheck to

13   deny plaintiff the First Amendment right to petition the government for a redress of grievances,

14   due process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and

15   equal protection of the laws under the Fourteenth Amendment. Furthermore, judge Seeborg and

16   FUSA Hinds have acted under color of judicial or executive immunity respectively.

17   **EIGHTY-EIGHTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
18   **against AG Garland, U.S. attorney Ramsey, Santa Clara County, chief Bailey,**
19   **SVDPS, and chief Ngo**

20   c88.    USAO has yet to respond to plaintiff's second emergency motion for reversal of

21   the district court's denial of both his motions to vacate dismissal of *Refile II*, ¶ 68. Still, Santa

22   Clara County Coroner's Office phoned plaintiff on May 10, 2023, to inform him of his brother's

23   sudden death (Case No. 23-01491). AG Garland and U.S. attorney Ramsey have colluded with

24   the county, chief Bailey, SVDPS, and chief Ngo in order to deny plaintiff the First Amendment

25   right to petition the government for a redress of grievances, due process of law under the Fifth

26   Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under

1  the Fourteenth Amendment. Moreover, said defendants have acted under color of prosecutorial

2  immunity.

3  **EIGHTY-NINTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
4  **against AG Garland, director Wray, U.S. attorney Gonzalez, and judge Reinhart**

5  c89.    The FBI executed a search warrant at former president Trump's residence Mar-a-

6  Lago in Florida on August 8, 2022, ¶ 51. AG Garland, director Wray, U.S. attorney Gonzalez,

7  and judge Reinhart have colluded to sustain denying plaintiff civil rights as set forth in ¶¶ c19,

8  c38, c46, c71-c72, c88. Furthermore, said defendants have acted under color of prosecutorial or

9  judicial immunity respectively.

10  **NINETIETH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
11  **against special counsel Smith, U.S. attorney Ramsey, president Biden, and AG Garland**

12  c90.    On June 8, 2023, former president Trump was indicted for willful retention of

13  National Defense Information, conspiracy to obstruct justice, and other ancillary charges, ¶ 51-3.

14  The former president was also indicted on August 1, 2023, for charges in connection with the

15  January 6, 2021, Capitol Riot, ¶ 51-4. Special counsel Smith, U.S. attorney Ramsey, president

16  Biden, and AG Garland have collaborated to prolong denying plaintiff civil rights as set forth in

17  ¶ c89. Said defendants have acted under color of prosecutorial or presidential immunity as well.

18  **NINETY-FIRST CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
19  **against judge Rudy, judge Huber, judge Zayner, judge Geffon, judge McGowen,**
20  **supervisor Rodriguez, deputy clerk Roman, and deputy clerk Suarez**

21  c91.    On July 17, 2023, judge Geffon dismissed *State IV* without a hearing. ¶ 56-3. Said

22  judge has colluded with judges Rudy, Huber, Zayner, and McGowen, supervisor Rodriguez,

23  deputy clerk Roman, and deputy clerk Suarez so as to deprive plaintiff of the First Amendment

24  right to petition the government for a redress of grievances, due process of law as well as equal

25  protection of the laws under the Fourteenth Amendment, and the Seventh Amendment right to a

26  jury trial. Said defendants have also acted under color of judicial or quasi-judicial immunity.

1
2

**NINETY-SECOND CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against State Bar**

3    c92.    State Bar commenced disbarment proceeding against attorney Eastman due to his

4    involvement to overturn the 2020 presidential election on January 26, 2023, ¶ 62-1. State Bar has

5    acted to prolong infringement of plaintiff's civil rights as set forth in ¶¶ c38, c46, c71-c72, c90.

6
7
8

**NINETY-THIRD CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against judge Thompson, judge Chen, supervisor Blumberg, and**
**deputy clerks Escolano, Barrera, and Hernandez**

9    c93.    On August 30, 2023, judge Thompson ordered the clerk's office of the district

10   court to not file the complaint in *Refile IV*. ¶ 70-1. Said judge has conspired with judge Chen,

11   supervisor Blumberg, and deputy clerks Escolano, Barrera, and Hernandez to deny plaintiff the

12   First Amendment right to petition the government for a redress of grievances, due process of law

13   under the Fifth Amendment, the Seventh Amendment right to a jury trial, and equal protection of

14   the laws under the Fourteenth Amendment. Moreover, said defendants have acted under color of

15   judicial or quasi-judicial immunity respectively.

16
17

**NINETY-FOURTH CAUSE OF ACTION - CIVIL RIGHTS VIOLATION**
**against judge Kelly, judge Boasberg, and clerk Caesar**

18   c94.    On September 7, 2023, judge Kelly dismissed *Bivens*. ¶ 69-1. Said judge has

19   collaborated with judge Boasberg and clerk Caesar to deprive plaintiff of the First Amendment

20   right to petition the government for a redress of grievances, due process of law under the Fifth

21   Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under

22   the Fourteenth Amendment. Furthermore, said defendants have acted under color of judicial or

23   quasi-judicial immunity respectively.

24
25
26

**NINETY-FIFTH CAUSE OF ACTION - CONSTITUTIONALITY OF**
**ARTICLE VI, SECTION 18(a) OF CALIFORNIA CONSTITUTION**
**against CAG Bonta, judge Breyer, judge Rudy, and FUSA Hinds**

27   c95.    Article VI, Section 18(a) of California Constitution states:

1   A judge is disqualified from acting as a judge, without loss of salary, while there
2   is pending (1) an indictment or an information charging the judge in the United
3   States with a crime punishable as a felony under California or federal law, or (2) a
4   petition to the Supreme Court to review a determination by the Commission on
5   Judicial Performance to remove or retire a judge.
6
7   Thus, judge Breyer dismissed *Refile I* without a hearing on October 24, 2022, ¶ c79, in order for

8   FUSA Hinds to evade instituting criminal prosecution against judge Rudy at the district court.

9   Moreover, the Commission on Judicial Performance does not represent a court of record in this

10   state. Article VI, Section 18(a) of California Constitution violates the equal protection clause of

11   the Fourteenth Amendment.

12   **NINETY-SIXTH CAUSE OF ACTION - CONSTITUTIONALITY OF**
13   **CALIFORNIA STATE BAR ACT**
14   **against CAG Bonta, U.S. attorney Ramsey, and other State Bar member defendants**

15   c96.   California Business and Professions Code ("BPC") § 6075 provides:

16   In their relation to the provisions of Article 6, concerning the disciplinary
17   authority of the courts, the provisions of this article provide a complete alternative
18   and cumulative method of hearing and determining accusations against licensees
19   of the State Bar.
20
21   Moreover, BPC § 6078 states:

22   After a hearing for any of the causes set forth in the laws of the State of California
23   warranting disbarment, suspension, or other discipline, the State Bar Court has the
24   power to recommend to the Supreme Court the disbarment or suspension from
25   practice of licensees or to discipline them by reproval, public or private, without
26   such recommendation.
27
28   However, the State Bar Court does not represent a court of record in California. California State

29   Bar Act enables U.S. attorney Ramsey to evade instituting prosecution for such crimes as alleged

30   in ¶¶ c17, c19, c21-c22, c29-c32, c34, c36, c39, c41-c46, c50, c54, c66-c69, c71, c73, c76, c78-

31   c79, c84-c87. Therefore, said state statute subverts the equal protection clause of the Fourteenth

32   Amendment.

33

**NINETY-SEVEN CAUSE OF ACTION - CONSTITUTIONALILTY OF CALIFORNIA VEXATIOUS LITIGANT STATUTE**
against CAG Bonta, former governor Brown, State Bar, judge Rudy, judge Huber, DCAG Curtis, DCAG Pasquali, CCO, CC Williams, and DCC Martinez

c97.    California Code of Civil Procedure ("CPP") § 391.7(a) provides:

> In addition to any other relief provided in this title, the court may, on its own motion or the motion of any party, enter a prefiling order which prohibits a vexatious litigant from filing any new litigation in the courts of this state in propria persona without first obtaining leave of the presiding justice or presiding judge of the court where the litigation is proposed to be filed. Disobedience of the order by a vexatious litigant may be punished as a contempt of court.

However, the provision denies plaintiff the First Amendment right to petition the government for

a redress of grievances, the Seventh Amendment right to a jury trial, and due process of law as

well as equal protection of the laws under the Fourteenth Amendment as set forth in ¶¶ c66, c91.

CPP §§ 391-391.8 constitute unconstitutional statutes.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff respectfully requests that the Court enter judgment against all

defendants and provide plaintiff with the following relief:

1. A declaratory judgment that 28 U.S.C. §§ 351-364 constitute unconstitutional statutes.

2. A declaratory judgment that California Code of Civil Procedure §§ 391-391.8 constitute unconstitutional statutes.

3. A declaratory judgment that both Article VI, Section 18(a) of California Constitution and California State Bar Act violate the Fourteenth Amendment.

4. A declaratory judgment that defendants have violated plaintiff's civil rights as set forth in the 17th through 94th causes of action.

5. Monetary damages in the amount of $8,000,000,000 against Santa Clara County; $4,000,000,000 each against ACSO, CCO, and DTAC; $400,000,000 each against sheriff Ahern, DA Rosen, assessor Stone, FCC Williams, registrar Bushey, chief Bailey, director

1     Rodriguez, former director Olaiya, judge McGowen, judge Rudy, judge Huber, judge

2     Zayner, and judge Geffon; $40,000,000 each against DDA Chase, DCC Sandoval, DCC

3     Dhadialla, DCC Martinez, DCC Botha, attorney Mikkelsen, and supervisor Rodriguez;

4     $20,000,000 each against clerk Tonini, staffer Garduno, officer Hartley, deputy clerk

5     Roman, and deputy clerk Suarez; $4,000,000,000 against city of Sunnyvale;

6     $2,000,000,000 each against SRJ and SVDPS; $200,000,000 each against chief Ngo,

7     manager Napier, manager Shain, and superintendent Sloan; $40,000,000,000 each against

8     the State and State Bar; $8,000,000,000 each against CDMV and CFTB;

9     $12,000,000,000 each against governor Newsom and former governor Brown;

10     $6,000,000,000 each against CSS Weber and CAG Bonta; $4,000,000,000 each against

11     director Gordon, defendant Yee, defendant Vazquez, and defendant Bosler; $400,000,000

12     each against DCAG Vincent, DCAG Curtis, DCAG Pasquali, and DCAG Gasbarro;

13     $40,000,000 against analyst McCrickard; $800,000,000 each against judges Seeborg,

14     Hamilton, Koh, Chen, Freeman, Orrick, Wilken, Rogers, Illston, White, Chhabria, Alsup,

15     Tigar, Breyer, Chesney, and Thompson; $400,000,000 each against judges DeMarchi,

16     Tse, Cousins, Beeler, van Keulen, Spero, and Reinhart; $200,000,000 each against clerk

17     Busby, CE Soong, clerk Caesar, and deputy clerk Shambaugh; $40,000,000 each against

18     manager Puli and supervisor Blumberg; $20,000,000 each against deputy clerks Salinas-

19     Harwell, Walton, Miyashiro, Robinson, Escolano, Barrera, Hernandez, Geiger,

20     Kratzmann, Hom, officer Lew, and officer Libby; $800,000,000 each against judges

21     Barker, Hornby, Beistline, King, Ishii, McNamee, Gutierrez, Morris, Du, Underhill,

22     Wolfson, Bailey, Hicks, Lioi, DeGuilio, Tunheim, Kobayashi, Eagan, Coogler, Boyle,

23     Boasberg, Kelly, and Howell; $2,000,000,000 each against judges Murguia, Thomas,

24     Schroeder, Silverman, Paez, Forrest, Watford, Bennett, VanDyke. Randy Smith,

1    Christen, Ikuta, Friedland, Kozinski, Wallace, Tallman, Clifton, Dorothy Nelson, Canby,

2    O'Scannlain, Trott, Fernandez, Kleinfeld, Hawkins, Tashima, Graber, McKeown,

3    Wardlaw, Fletcher, Gould, Berzon, Rawlinson, Bybee, Callahan, Bea, Milan Smith,

4    Nguyen, Hurwitz, Owens, Ryan Nelson, Miller, Bade, Collins, Lee, Bress, Bumatay,

5    Howard, Lavenski Smith, Livingston, Chagares, Gregory, Richman, Sutton, Sykes,

6    Tymkovich, Pryor, Moore, Srinivasan, Bowman, and Wilkinson; $1,000,000,000 against

7    commissioner Fitzgerald; $400,000,000 each against FCE Smith and clerk Dwyer;

8    $20,000,000 against deputy clerk Dela Cruz; $20,000,000,000 against chief justice

9    Roberts; $10,000,000,000 each against justice Kennedy and justice Breyer;

10   $5,000,000,000 each against justices Thomas, Alito, Sotomayor, and Kagan;

11   $20,000,000,000 against president Biden; $10,000,000,000 each against VP Harris, AG

12   Garland, and former president Obama; $5,000,000,000 each against secretary Becerra,

13   FAG Holder, FAG Sessions, and director Wray; $400,000,000 against FAG Barr;

14   $2,000,000,000 against FSG Verrilli; $400,000,000 each against U.S. attorney Gonzalez,

15   special counsel Smith, U.S. attorney Ramsey, FUSA Hinds, FUSA Haag, FUSA Stretch,

16   FUSA Anderson, former warden Holland, ADO Pittella, former marshal O'Keefe, former

17   acting commissioner Colvin, and former administrator Verma; $80,000,000 each against

18   AUSA Lo, AUSA Johann, AUSA Bernardoni, former AUSA Winslow, AUSA Scharf,

19   former AUSA Cormier, AUSA Nedrow, AUSA Perez, former AUSA Vieira, former

20   AUSA Becker, former AUSA Kaleba, former AUSA Lee, AUSA Shenk, and deputy

21   marshal Harwell; $10,000,000 each against CSO Yamaguchi and CSO Guttoruson;

22   $2,000,000,000 each against FPMG Potter, FPMG Donahoe, FPMG Brennan, senator

23   Padilla, and senator Butler; $1,000,000,000 against former speaker Pelosi; $400,000,000

24   each against representatives Huffman, Garamendi, Thompson, Matsui, Bera, Harder, Lee,

1    DeSaulnier, Swalwell, Costa, Khanna, Eshoo, Lofgren, Panetta, Carbajal, Chu, Schiff,

2    Brownley, Cardenas, Sherman, Aguilar, Napolitano, Lieu, Gomez, Torres, Sanchez,

3    Ruiz, Takano, Waters, Barragan, Porter, Correa, Levin, Vargas, Peters, Jacobs, Raskin,

4    Castro, Cicilline, Dean, DeGette, and Neguse; $800,000,000 against representative

5    Nadler; $200,000,000,000 against members of the 107th Congress; $5,000,000,000 each

6    against Schwab, PG&E, Comcast, Ebay, Adobe, AT&T, and State Farm; $1,000,000,000

7    each against SCMC and Metromile; $10,000,000,000 each against Facebook, Google,

8    Amazon, and Microsoft; $10,000,000 each against Dr. David Poon, Dr. Alan Poon, Dr.

9    Au, Dr. Yu, manager Schmidt, attorney Trefz, attorney Coopersmith, and attorney Paris;

10   $20,000,000 against attorney Thompson; $8,000,000 each against defendant Cantu and

11   agent Ching; and $5,000,000 against staffer Hoodecheck.

12   6. Monetary punitive damages against all defendants.

13   7. An order under 18 U.S.C. §§ 242, 3771(d)(3) referring all defendants to Deputy U.S.

14      Attorney General Lisa O. Monaco for criminal prosecution.

15   8. All other further relief to which plaintiff may be entitled.

16                          **DEMAND FOR JURY TRIAL**

17   Plaintiff hereby demands a trial by jury on all issues for which a right to jury trial exists.

18   Respectfully submitted this 25th day of October 2023.

*Kuang-bao Ou-young*

19
20   KUANG-BAO P. OU-YOUNG
21   1362 Wright Avenue
22   Sunnyvale, California 94087
23   (408) 234-2371
24   kbouyoung@yahoo.com
25
26   Plaintiff