JS-CAND 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| | |
|---|---|
| **I. (a) PLAINTIFFS**<br>Kuang-Bao P. Ou-Young, Plaintiff | **DEFENDANTS**<br>Alameda County Sheriff's Office, et al. See attached list for other defendants. |
| **(b)** County of Residence of First Listed Plaintiff   Santa Clara County<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)*<br>Andrew Mainardi, AUSA<br>USAO/Civil Division, 450 Golden Gate Ave. 9th Floor, CA 94102<br>PH: 415-912-0244 |

## II.   BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| 1   U.S. Government Plaintiff | 3   Federal Question<br>*(U.S. Government Not a Party)* |
| X 2   U.S. Government Defendant | 4   Diversity<br>*(Indicate Citizenship of Parties in Item III)* |

## III.   CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place<br>of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place<br>of Business In Another State | 5 | 5 |
| Citizen or Subject of a<br>Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV.   NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of<br>Overpayment Of<br>Veteran's Benefits<br>151 Medicare Act<br>152 Recovery of Defaulted<br>Student Loans (Excludes<br>Veterans)<br>153 Recovery of<br>Overpayment<br>of Veteran's Benefits<br>160 Stockholders' Suits<br>190 Other Contract<br>195 Contract Product Liability<br>196 Franchise | **PERSONAL INJURY**<br>310 Airplane<br>315 Airplane Product Liability<br>320 Assault, Libel & Slander<br>330 Federal Employers'<br>Liability<br>340 Marine<br>345 Marine Product Liability<br>350 Motor Vehicle<br>355 Motor Vehicle Product<br>Liability<br>360 Other Personal Injury<br>362 Personal Injury -Medical<br>Malpractice | **PERSONAL INJURY**<br>365 Personal Injury – Product<br>Liability<br>367 Health Care/<br>Pharmaceutical Personal<br>Injury Product Liability<br>368 Asbestos Personal Injury<br>Product Liability<br>**PERSONAL PROPERTY**<br>370 Other Fraud<br>371 Truth in Lending<br>380 Other Personal Property<br>Damage<br>385 Property Damage Product<br>Liability | 625 Drug Related Seizure of<br>Property 21 USC § 881<br>690 Other<br><br>**LABOR**<br>710 Fair Labor Standards Act<br>720 Labor/Management<br>Relations<br>740 Railway Labor Act<br>751 Family and Medical<br>Leave Act<br>790 Other Labor Litigation<br>791 Employee Retirement<br>Income Security Act<br>**IMMIGRATION**<br>462 Naturalization<br>Application<br>465 Other Immigration<br>Actions | 422 Appeal 28 USC § 158<br>423 Withdrawal 28 USC<br>§ 157<br>**PROPERTY RIGHTS**<br>820 Copyrights<br>830 Patent<br>835 Patent–Abbreviated New<br>Drug Application<br>840 Trademark<br>**SOCIAL SECURITY**<br>861 HIA (1395ff)<br>862 Black Lung (923)<br>863 DIWC/DIWW (405(g))<br>864 SSID Title XVI<br>865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>870 Taxes (U.S. Plaintiff or<br>Defendant)<br>871 IRS–Third Party 26 USC<br>§ 7609 | 375 False Claims Act<br>376 Qui Tam (31 USC<br>§ 3729(a))<br>400 State Reapportionment<br>410 Antitrust<br>430 Banks and Banking<br>450 Commerce<br>460 Deportation<br>470 Racketeer Influenced &<br>Corrupt Organizations<br>480 Consumer Credit<br>490 Cable/Sat TV<br>850 Securities/Commodities/<br>Exchange<br>890 Other Statutory Actions<br>891 Agricultural Acts<br>893 Environmental Matters<br>895 Freedom of Information<br>Act<br>896 Arbitration<br>899 Administrative Procedure<br>Act/Review or Appeal of<br>Agency Decision<br>950 Constitutionality of State<br>Statutes |
| **REAL PROPERTY**<br>210 Land Condemnation<br>220 Foreclosure<br>230 Rent Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real Property | **CIVIL RIGHTS**<br>X 440 Other Civil Rights<br>441 Voting<br>442 Employment<br>443 Housing/<br>Accommodations<br>445 Amer. w/Disabilities–<br>Employment<br>446 Amer. w/Disabilities–Other<br>448 Education | **PRISONER PETITIONS**<br>**HABEAS CORPUS**<br>463 Alien Detainee<br>510 Motions to Vacate<br>Sentence<br>530 General<br>535 Death Penalty<br>**OTHER**<br>540 Mandamus & Other<br>550 Civil Rights<br>555 Prison Condition<br>560 Civil Detainee–<br>Conditions of<br>Confinement | | | |

## V.   ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| 1   Original<br>Proceeding | X 2   Removed from<br>State Court | 3   Remanded from<br>Appellate Court | 4   Reinstated or<br>Reopened | 5   Transferred from<br>Another District *(specify)* | 6   Multidistrict<br>Litigation–Transfer | 8   Multidistrict<br>Litigation–Direct File |

## VI.   CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1442(a)(1)
Brief description of cause:
The case should be removed to federal district because it includes claims asserted against Federal Officers relating to official acts.

## VII.   REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, Fed. R. Civ. P.
DEMAND $ 1,000,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:   X Yes       No

## VIII.   RELATED CASE(S), IF ANY *(See instructions)*:

JUDGE                               DOCKET NUMBER

## IX.   DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)

(Place an "X" in One Box Only)       X SAN FRANCISCO/OAKLAND       SAN JOSE       EUREKA-MCKINLEYVILLE

DATE   12/22/2023       SIGNATURE OF ATTORNEY OF RECORD       /s/ Andrew Mainardi

# ATTACHMENT TO CIVIL COVER SHEET

Additional Defendants:

GREGORY J. AHERN
ALAMEDA COUNTY SANTA RITA JAIL
COUNTY OF SANTA CLARA
JEFFREY F. ROSEN
JOHN CHASE
LAWRENCE E. STONE
JEANETTE TONINI
OFFICE OF THE COUNTY COUNSEL OF SANTA CLARA COUNTY
JAMES R. WILLIAMS
KARL A. SANDOVAL
KARAN S. DHADIALLA
JOSE L. MARTINEZ
WINIFRED BOTHA
SHANNON BUSHEY
LAURA BAILEY
SANTA CLARA COUNTY DEPARTMENT OF TAX AND COLLECTIONS
MARGARITA RODRIGUEZ
MARGARET OLAIYA
CITY OF SUNNYVALE
SUNNYVALE DEPARTMENT OF PUBLIC SAFETY
PHANS NGO
CRAIG HARTLEY
STEVEN NAPIER
CARRIE GARDUNO
JENNY SHAIN
STEVE SLOAN
BETH A. R. MCGOWEN
CHRISTOPHER G. RUDY
JOSEPH H. HUBER
THEODORE C. ZAYNER
ERIC S. GEFFON
LAURIE MIKKELSEN
ALEX RODRIGUEZ
CHRIS ROMAN
MIRIAM SUAREZ
STATE OF CALIFORNIA
STATE BAR OF CALIFORNIA
GAVIN C. NEWSOM
EDMUND G. BROWN, JR.
SHIRLEY N. WEBER
ROBERT A. BONTA

JEFFREY R. VINCENT
LORA D. CURTIS
ROLANDO PASQUALI
MICHAEL C. GASBARRO
KIMBERLY MCCRICKARD
CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
STEVE GORDON
CALIFORNIA FRANCHISE TAX BOARD
BETTY T. YEE
ANTONIO VAZQUEZ
KEELY BOSLER
RICHARD G. SEEBORG
PHYLLIS J. HAMILTON
EDWARD M. CHEN
BETH LABSON FREEMAN
WILLIAM H. ORRICK
CLAUDIA A. WILKEN
YVONNE GONZALEZ ROGERS
SUSAN Y. ILLSTON
JEFFREY S. WHITE
VINCE G. CHHABRIA
WILLIAM H. ALSUP
JON S. TIGAR
CHARLES R. BREYER
MAXINE M. CHESNEY
TRINA L. THOMPSON
VIRGINIA K. DEMARCHI
ALEX G. TSE
NATHANAEL M. COUSINS
LAUREL BEELER
SUSAN VAN KEULEN
JOSEPH C. SPERO
MARK B. BUSBY
KATHLEEN M. SHAMBAUGH
SNOOKI PULI
KEVIN BLUMBERG
TIFFANY SALINAS-HARWELL
BETTY WALTON
DIANE MIYASHIRO
CHERE ROBINSON
CITA ESCOLANO
SUSIE BARRERA
CINDY HERNANDEZ
TRACY A. GEIGER
ADRIANA KRATZMANN
KAREN L. HOM

ALLEN LEW
JOSH M. LIBBY
SARAH EVANS BARKER
D. BROCK HORNBY
RALPH R. BEISTLINE
GEORGE H. KING
ANTHONY W. ISHII
STEPHEN M. MCNAMEE
PHILIP S. GUTIERREZ
BRIAN M. MORRIS
MIRANDA M. DU
STEFAN R. UNDERHILL
FREDA L. WOLFSON
JOHN P. BAILEY
S. MAURICE HICKS, JR.
SARA E. LIOI
JONE. DEGUILIO
JOHN R. TUNHEIM
LESLIE E. KOBAYASHI
CLAIRE V. EAGAN
L. SCOTT COOGLER
TERRENCE W. BOYLE
JAMES E. BOASBERG
TIMOTHY J. KELLY
BERYL A. HOWELL
ANGELA D. CAESAR
BRUCE E. REINHART
MARY H. MURGUIA
SIDNEY R. THOMAS
MARY M. SCHROEDER
BARRY G. SILVERMAN
RICHARD A. PAEZ
DANIELLE J. FORREST
PAUL J. WATFORD
MARK J. BENNETT
LAWRENCE VANDYKE
N. RANDY SMITH
MORGAN CHRISTEN
SANDRA S. IKUTA
MICHELLE T. FRIEDLAND
ALEX KOZINSKI
J. CLIFFORD WALLACE
RICHARD C. TALLMAN
RICHARD R. CLIFTON
DOROTHY W. NELSON
WILLIAM C. CANBY, JR.

DIARMUID F. O' SCANNLAIN
STEPHEN TROTT
FERDINAND F. FERNANDEZ
ANDREW J. KLEINFELD
MICHAEL DALY HAWKINS
A. WALLACE TASHIMA
SUSAN P. GRABER
M. MARGARET MCKEOWN
KIM MCLANE WARDLAW
WILLIAM A. FLETCHER
RONALD M. GOULD
MARSHA S. BERZON
JOHNNIE B. RAWLINSON
JAY S. BYBEE
CONSUELO M. CALLAHAN
CARLOS T. BEA
MILAND. SMITH   JR.
JACQUELINE H. NGUYEN
ANDREW D. HURWITZ
JOHN B. OWENS
RYAN D. NELSON
ERIC D. MILLER
BRIDGET S. BADE
DANIEL P. COLLINS
KENNETH KIYUL LEE
DANIEL A. BRESS
PATRICK J. BUMATAY
LUCY H. KOH
JEFFREY R. HOWARD
DEBRA A. LIVINGSTON
MICHAEL A. CHAGARES
ROGER L. GREGORY
PRISCILLA RICHMAN
JEFFREY S. SUTTON
DIANE S. SYKES
LAVENSKI R. SMITH
TIMOTHY M. TYMKOVICH
WILLIAM H. PRYOR, JR.
SRIKANTH SRINIVASAN
KIMBERLY A. MOORE
PASCO M. BOWMAN
J. HAR VIE WILKINSON III
LISA B. FITZGERALD
SUSAN Y. SOONG
ELIZABETH A. SMITH
MOLLY C. DWYER

JESSICA POBLETE DE LA CRUZ
JOHN G. ROBERTS. JR.
ANTHONY M. KENNEDY
CLARENCE THOMAS
STEPHEN G. BREYER
SAMUEL A. ALITO, JR.
SONIA SOTOMAYOR
ELENA KAGAN
JOSEPH R. BIDEN, JR.
KAMALA D. HARRIS
MERRICK B. GARLAND
XAVIER BECERRA
BARACK H. OBAMA
ERIC H. HOLDER   JR.
JEFFERSON B. SESSIONS III
WILLIAM P. BARR
DONALD B. VERRILLI, JR.
CHRISTOPHER A. WRAY
JOHN L. SMITH
JUAN ANTONIO GONZALEZ, JR.
ISMAIL J. RAMSEY
STEPHANIE M. HINDS
MELINDA HAAG
BRIAN J. STRETCH
DAVID L. ANDERSON
MICHELLE LO
PAMELA T. JOHANN
JEVECHIUS D. BERNARDONI
SARA WINSLOW
JAMES A. SCHARF
CLAIRE T. CORMIER
JEFFREY D. NEDROW
MAIA T. PEREZ
CHRISTOPHER D. VIEIRA
ELISE BECKER
DANIEL R. KALEBA
SHIAO C. LEE
JEFFREY B. SHENK
JAMES C. HOLLAND
MARK PITTELLA
DONALD M. O'KEEFE
MARC A. HARWELL
CHRIS YAMAGUCHI
MARY GUTTORUSON
CAROLYN COL VIN
SEEMA VERMA

JOHN E. POTTER
PATRICK R. DONAHOE
MEGAN BRENNAN
ALEX PADILLA
LAPHONZA BUTLER
NANCY P. PELOSI
JARED W. HUFFMAN
JOHN R. GARAMENDI
C. MICHAEL THOMPSON
DORIS MATSUI
AMERISH B. BERA
JOSHUA K. HARDER
MARK DESAULNIER
BARBARA J. LEE
ERIC M. SWALWELL
JAMES M. COSTA
ROHIT KHANNA
ANNA G. ESHOO
ZOE LOFGREN
JAMES V. PANETTA
SALUD O. CARBAJAL
JULIA A. BROWNLEY
JUDY M. CHU
ADAM B. SCHIFF
ANTONIO CARDENAS
BRADLEY J. SHERMAN
PETER R. AGUILAR
GRACIELA F. NAPOLITANO
TED W. LIEU
JIMMY GOMEZ
NORMA J. TORRES
RAUL RUIZ
LINDA T. SANCHEZ
MARK A. TAKANO
MAXINE M. WATERS
NANETTE D. BARRAGAN
KATHERINE M. PORTER
J. LUIS CORREA
MICHAEL T. LEVIN
JUAN C. VARGAS
SCOTT H. PETERS
SARA J. JACOBS
JERROLD L. NADLER
JAMIE B. RASKIN
JOAQUIN CASTRO
DAVID N. CICILLINE

MADELEINE DEAN
DIANA L. DEGETTE
JOSEPH D. NEGUSE
MEMBERS OF THE 107TH CONGRESS
META PLATFORMS, INC.
GOOGLE, INC.
THE CHARLES SCHWAB CORPORATION
ANA SCHMIDT
NICK HOODECHECK
PACIFIC GAS AND ELECTRIC CORPORATION
COMCAST CORPORATION
EBAY INC.
ADOBE INC.
AMAZON.COM, INC.
MICROSOFT CORPORATION
AT&T INC.
KAISER PERMANENTE SANTA CLARA MEDICAL CENTER
METROMILE INSURANCE COMPANY
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
CHERYL CHING
DAVID S. POON
ALAN T. POON
COLIN K. AU
JESSIE YU
JAMES MCNAIR THOMPSON
KATHERINE A. TREFZ
JEFFREY B. COOPERSMITH
KRISTA CANTU
DANIEL T. PARIS