ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ANDREW MAINARDI (CABN 338085)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
andrew.mainardi@usdoj.gov

Attorneys for Defendant MERRICK GARLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG BAO P. OU-YOUNG, | Case No. 23-cv-6597 |
| Plaintiff, | **NOTICE OF APPLICABILITY OF PRE-FILING SCREENING ORDER** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

Defendant Merrick Garland hereby notifies the Clerk of Court, United States District Court for the Northern District of California, as follows:

1. This action has been removed from the Superior Court of the County of Alameda. *See* Notice of Removal of Civil Action ("Notice of Removal"), filed concurrently herewith.

2. This action was removed on behalf of Federal Defendant Merrick Garland in his official capacity as United States Attorney General. *See* Notice of Removal.

3. Plaintiff Kuang-Bao P. Ou-Young filed the operative Amended Complaint in state court on or around October 25, 2023. *See* First Amended Complaint, attached to Notice of Removal as Exhibit 1 ("Complaint"). In the Complaint, Plaintiff alleges, *inter alia*, that various combinations of over 200 Federal Defendants, including 114 current and former federal judges, "conspired" or "collaborated"

to deprive him of various constitutional or civil rights in connection with the defense, adjudication, and handling of various lawsuits that Plaintiff filed or in which he sought to intervene between 2012 and 2023, and other official acts.

4. On December 5, 2019, an Order Requiring That Kuang-Bao P. Ou-Young Obtain Leave of Court Before Filing Any Complaint Against Federal Judges ("2019 Screening Order") was entered in this Court in *Ou-Young v. Stone*, Case No. 19-cv-07000-BLF, ECF No. 26. *See* Exhibit A, attached hereto.

5. On December 20, 2013, an Order Granting United States' Motion to Dismiss and Declaring Plaintiff a Vexatious Litigant ("2013 Screening Order") was entered in this Court in *Ou-Young v. Roberts*, Case No. 13-cv-4442-EMC, ECF No. 40. *See* Exhibit B, attached hereto.

6. The United States hereby notifies the Clerk of Court that the 2019 Screening Order applies to the Complaint in this removed action. *See*, *e.g.*, The 2019 Screening Order states, in relevant part:

  (1) Kuang-Bao P. Ou-Young must obtain leave of court before filing any complaint that alleges claims against federal judges, including United States Supreme Court justices, federal circuit judges, federal district judges, federal magistrate judges, and federal bankruptcy judges;

  (2) The Clerk of Court shall not accept for filing any complaint alleging claims against federal judges until the complaint has been reviewed by a judge and approved for filing. The Clerk shall forward any such complaint to the general duty judge for pre-filing screening; and

  (3) This order applies to complaints that Kuang-Bao P. Ou-Young seeks to file in this district, complaints filed in state court and removed to this district, and complaints filed in adversary proceedings in this district's bankruptcy court.

7. The Complaint names 114 current and former federal judges, including United States Supreme Court justices, federal circuit judges, federal district judges, and federal magistrate judges. Complaint ¶¶ a55-a75, a92-a177, a183-a189. The 2019 Screening Order dictates that upon removal, this Complaint may not be accepted for filing until it has been reviewed by a judge and approved for filing. The 2019 Screening Order requires the Clerk of Court to forward this Complaint to the general duty judge for pre-filing screening.

8. Defendant further notes the following, which may be relevant to the Court's screening:

  a. Plaintiff's history of repeated filings of overlapping, frivolous lawsuits is well

known to this Court. *See generally* 2019 Screening Order at 2-3. These complaints have either been rejected following pre-filing screening or dismissed as lacking merit. *See*, *e.g.*, *Ou-Young v. County of Santa Clara, et al.*, No. 23-mc-80221-TLT, ECF No. 2 (N.D. Cal. Sept. 5, 2023); *Ou-Young v. Rudy*, No. 21-cv-07361-BLF, 2022 WL 2343043 (N.D. Cal. June 29, 2022); *Ou-Young v. Cnty. of Santa Clara*, No. 23-mc-80051-RS, 2023 WL 2721020 (N.D. Cal. Mar. 17, 2023), *appeal dismissed*, No. 23-15473, 2023 WL 6622302 (9th Cir. July 5, 2023); *Ou-Young v. County of Santa Clara, et al.*, 21-cv-07922-YGR, ECF No. 44 (N.D. Cal. Feb. 10, 2022). In rejecting one of Plaintiffs' complaints earlier this year, Judge Seeborg noted that "further filings containing the same frivolous allegations may demonstrate the need for the Court to issue an additional pre-filing review order." *Ou-Young v. Cnty. of Santa Clara*, 2023 WL 2721020, at *1.

        b.     Plaintiff's current filing, which repeats many of the same claims dismissed in previous orders, should be rejected because it does not state any potentially cognizable claims. *See*, *e.g.*, *Ou-Young v. Rudy*, 2022 WL 2343043, at *5 (dismissing similar complaint under the substantiality doctrine; "'[t]hese allegations are the type of insubstantial and frivolous conspiracy theory claims that are routinely dismissed under the substantiality doctrine pursuant to Fed. R. Civ. P. 12(b)(1)'"). A nearly identical complaint was recently dismissed by the district court for the District of District of Columbia. *Ou-Young v. Biden*, No. 23-cv-2499 (TJK), 2023 WL 5804307 (D.D.C. Sept. 7, 2023). In that case, Plaintiff purported "to bring 88 claims against 260 defendants—including current and former presidents, vice presidents, governors, United States senators and representatives, federal and state judges, and other federal and state legislative, executive, and judicial officials and employees, as well as several technology, utility, and insurance companies, and other individuals." 2023 WL 5804307, at *1. The court observed that the lawsuit would violate the previous screening orders if filed in the Northern District of California, and proceeded *sua sponte* to dismiss Plaintiff's claims with prejudice: "All his claims lack supporting factual allegations and are rife with unsupported factual and legal conclusions. Suffice it to say, Plaintiff's claims—whether examined individually and especially when considered together—are frivolous." 2023 WL 5804307, at *1.

        9.     Federal Defendant respectfully requests that the Clerk of Court refer Plaintiff's Complaint to the general duty judge for pre-filing screening and that it be dismissed with prejudice

1  without leave to amend.

2  Dated: December 22, 2023                     Respectfully submitted,

3                                               ISMAIL J. RAMSEY
                                                United States Attorney
4

5                                                    /s/ Andrew S. Mainardi
                                                ANDREW S. MAINARDI
6                                               Assistant United States Attorney

7                                               Attorneys for Defendant MERRICK
                                                GARLAND

NOTICE OF PRE-FILING SCREENING ORDER
Case No. 23-cv-6597                             4