ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ANDREW MAINARDI (CABN 338085)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    andrew.mainardi@usdoj.gov

Attorneys for Defendant MERRICK GARLAND

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### DIVISION

| | |
|---|---|
| KUANG-BOA PAUL OU-YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, ET AL.<br><br>    Defendants | Case No. 3:23-cv-06597-SK<br><br>**PROOF OF SERVICE RE: REMOVAL DOCUMENTS AND STANDING ORDERS** |

    The undersigned hereby certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on Dec. 26, 2023 he caused a copy of:

    **1. Standing Orders for all judges in the Northern District of California**

    **2. ECF Self-Registration Instructions for Pro Se Litigants**

    **3. District Court Drop-Box Filing Procedures**

    **4. ECF Guide to e-filing new Civil Case**

    **5. Civil Cover Sheet with attachment e-filed 12/22/23**

6. **ECF Notice Assigning Case to Magistrate Judge Sallie Kim**

7. **Notice of Availability of Magistrate Judge to Exercise Jurisdiction**

8. **Consenting to the Jurisdiction of a Magistrate Judge**

9. **Consent or Declination to Magistrate Judge Jurisdiction**

10. **Standing Order for Magistrate Judge Sallie Kim**

To be served by **Federal Express Standard Overnight Mail** upon the person at the place and address(es) stated below, which is the last known address:

| Kuang-Boa P. Ou-Young<br>1362 Wright Avenue<br>Sunnyvale, CA 94087<br>(408) 234-2371<br>Kbouyoung@yahoo.com<br>**(via Fed Ex Standard Overnight)** | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on Dec. 26, 2023 at San Francisco, California.

ALAN LOPEZ
Paralegal Specialist