ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ANDREW MAINARDI (CABN 338085)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    andrew.mainardi@usdoj.gov

Attorneys for Defendant MERRICK GARLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG BAO P. OU-YOUNG, | Case No. 3:23-cv-06597-SK |
| Plaintiff, | **DEFENDANT MERRICK GARLAND'S ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Merrick Garland, in his official capacity as Attorney General of the United States, (hereinafter "Defendant") hereby moves the Court for an order to the extend the time within which any defendant must answer or otherwise respond to the complaint.

On December 22, 2023, Defendant removed this action from the Superior Court of the County of Alameda. Dkt. No. 1. Plaintiff's First Amended Complaint ("Complaint") was filed in state court on or around October 25, 2023, by Plaintiff Kuang-Bao P. Ou-Young. *See* Dkt. No. 1-1 at 2. Among the named defendants in the Complaint are over 100 current and former federal judges. *Id.* at 2-8. This matter is therefore subject to pre-filing review. *See*, *e.g.*, *Ou-Young v. Stone*, No. 20-cv-00230-BLF, ECF No. 11 at 2 (Jan. 17, 2020) (complaints filed by Plaintiff in state court and removed to this district

that include claims against federal judges are subject to pre-filing screening order). Defendant notified the Clerk of the Court a pre-filing screening order applies to the Complaint in this action. *See* Dkt. No. 2.

As of the submission of this motion, the Court has not yet issued an Order regarding the outcome of its pre-filing review. Although Defendant has not yet been properly served with the Complaint and Summons in this action, certain of the other defendants may have been served. It is not clear whether any defendant has an obligation to respond to the Complaint pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure and/or if the Court's anticipated order will obviate the need to do so. For the foregoing reasons, and for the purpose of conserving judicial resources, Defendant respectfully requests that the time within which any defendant must answer or otherwise respond to the complaint be stayed pending the resolution of the Court's pre-filing review. Defendant further requests, to the extent the Court approves any part of Plaintiff's Complaint for filing, that the Court extend the defendants' deadline to respond to the Complaint to thirty days following entry of the Court's Pre-Filing Review Order.

The undersigned counsel for Defendant emailed Plaintiff requesting that he stipulate to the relief requested in this Administrative Motion. *See* Declaration of Andrew Mainardi ¶ 4 & Ex. A. Plaintiff did not respond as of the date and time of this filing. *Id*.

DATED: December 27, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 */s/ Andrew Mainardi*
ANDREW MAINARDI
Assistant United States Attorney

Attorneys for Defendant Merrick Garland

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, Defendant's Administrative Motion is GRANTED. The time within which any defendant must answer or otherwise respond to the complaint is stayed pending resolution of the Court's pre-filing review. To the extent the Court approves any part of Plaintiff's Complaint for filing, the deadline for any remaining defendant who has been properly served to answer or otherwise respond to the Complaint shall be thirty (30) days following entry of the Court's Pre-Filing Review Order.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge