ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ANDREW MAINARDI (CABN 338085)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
andrew.mainardi@usdoj.gov

Attorneys for Defendant MERRICK GARLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG BAO P. OU-YOUNG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-06597-SK<br><br>**DECLARATION OF ANDREW MAINARDI IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

I, Andrew Mainardi, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California, and I represent Defendant Merrick Garland in his official capacity ("Defendant") in this matter. I am licensed to practice law in the State of California and to appear before this Court. I have personal knowledge of the following facts and if called to testify, I could and would competently testify thereto.

2. I submit this declaration in support of the Defendant's Administrative Motion to extend time to respond to Plaintiff's Complaint.

3. Plaintiff has not properly served most of the federal defendants in this matter, including

Defendant Merrick Garland.

4. I emailed Plaintiff at approximately 11:22 a.m. on Tuesday, December 26, 2023, asking whether he would consent to an extension of the response date in this matter. I requested that he respond by noon today, December 27, 2023, but have not heard back as of the time of filing of this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 27th day of December, 2023 in Oakland, California.

                                                  */s/ Andrew Mainardi*
                                                  Andrew Mainardi

DECLARATION OF ANDREW MAINARDI IN SUPPORT OF ADMINISTRATIVE MOTION RE RESPONSE DATE
Case No. 23-cv-06597-SK

2